| STATE OF TENNESSEE | SUBPOENA *DUCES TECUM* (ORDER TO APPEAR) (CIVIL) | CASE FILE NUMBER |
|---|---|---|
| Form No. 4A | | L-17552 |

| COURT **CIRCUIT** | COUNTY **BLOUNT** |
|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| FAYE HUDSON AND WILLIAM HUDSON | VS. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and |
| JOHN DOE | |

**TO ANY LAWFUL OFFICER OF THE STATE OF TENNESSEE:** Summon the below named witnesses by leaving a copy of this subpoena with each one. Make return to this court.

**TO WITNESSES:** Pursuant to Rule 45.02 of the Tennessee Rules of Civil Procedure, you are commanded to produce and permit inspection and copying of the items designated below. Please be advised that personal appearance is not required. However, you are required to swear and affirm that the items being produced are authentic to the best of your knowledge, information and belief and to state whether or not all of the items responsive to this Subpoena duces tecum have been produced for inspection and copying. This Subpoena for production of documentary evidence is on behalf of the Defendants, represented by Chad E. Wallace, Esq., Baker, Donelson, Bearman, Caldwell & Berkowitz, 100 Med Tech Parkway, Suite 200, Johnson City, Tennessee 37602.

| WITNESSES Names & Addresses | TESTIFY for Plain. | Def. | RETURN OF SERVICE Date Served | Failed | Comment: Method of service or reason failed |
|---|---|---|---|---|---|
| PARK MED URGENT CARE CENTER 117 GILL STREET ALCOA, TN 37701 | | x | | | |

See attached <u>Exhibit A</u> for a description of documents

| Date of Production: **MAIL ON OR BEFORE FEBRUARY 10, 2012** | Address Please mail records to: Baker, Donelson, Bearman, Caldwell & Berkowitz 100 Med Tech Parkway, Suite 200 Johnson City, TN 37602 (423) 928-0181 | Officer's Remarks |
|---|---|---|
| Date Witnessed | Signature of Clerk _Tom Hatcher_ | Date Received | Authorized Officer |
| Date Issued 1-24-12 | Signature of Deputy Clerk | Date of Return | Authorized Officer |

BDDEV1 1126305 vbb
2287651-000258 01/23/2012

# FILE COPY

| STATE OF TENNESSEE | SUBPOENA *DUCES TECUM* (ORDER TO APPEAR) (CIVIL) | CASE FILE NUMBER |
|---|---|---|
| Form No. 4A | | L-17552 |

| COURT **CIRCUIT** | COUNTY **BLOUNT** |
|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|

FAYE HUDSON AND WILLIAM HUDSON    VS.    **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and**

JOHN DOE

**TO ANY LAWFUL OFFICER OF THE STATE OF TENNESSEE:** Summon the below named witnesses by leaving a copy of this subpoena with each one. Make return to this court.

**TO WITNESSES:** Pursuant to Rule 45.02 of the Tennessee Rules of Civil Procedure, you are commanded to produce and permit inspection and copying of the items designated below. Please be advised that personal appearance is not required. However, you are required to swear and affirm that the items being produced are authentic to the best of your knowledge, information and belief and to state whether or not all of the items responsive to this Subpoena duces tecum have been produced for inspection and copying. This Subpoena for production of documentary evidence is on behalf of the Defendants, represented by Chad E. Wallace, Esq., Baker, Donelson, Bearman, Caldwell & Berkowitz, 100 Med Tech Parkway, Suite 200, Johnson City, Tennessee 37602.

| WITNESSES Names & Addresses | TESTIFY for Plain. | Def. | RETURN OF SERVICE Served | Date Failed | Comment: Method of service or reason failed |
|---|---|---|---|---|---|
| **Marino Therapy Centers 8904 Cross Park Drive Knoxville, TN 37923** | | x | | | |

See attached <u>Exhibit A</u> for a description of documents

| Date of Production: **MAIL ON OR BEFORE FEBRUARY 10, 2012** | Address **Please mail records to:** **Baker, Donelson, Bearman,** **Caldwell & Berkowitz** **100 Med Tech Parkway, Suite 200** **Johnson City, TN 37602** **(423) 928-0181** | Officer's Remarks |
|---|---|---|
| Date Witnessed | Signature of Clerk *Tom Hatcher* | Date Received | Authorized Officer |
| Date Issued 1-24-12 | Signature of Deputy Clerk | Date of Return | Authorized Officer |

**FILE COPY**

IN THE GENERAL SESSIONS COURT
FOR BLOUNT COUNTY, TENNESSEE

**FILED**

AUG 1 6 2011

TOM HATCHER
CIRCUIT COURT CLERK

| | | |
|---|---|---|
| FAYE HUDSON and husband, | § | |
| WILLIAM HUDSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. V0040106 |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY and | § | |
| JOHN DOE, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF REMOVAL TO CIRCUIT COURT

Come the parties, pursuant to Tenn. Code Ann. § 16-15-732, and stipulate that this case should be removed from the Blount County General Sessions Court to the Circuit Court for Blount County.

It is, therefore, ORDERED, ADJUDGED, and DECREED that this action be removed from the General Sessions Court for Blount County to the Circuit Court for Blount County. The clerk is directed to promptly transmit all the papers of this action, including this order, to the clerk for the Blount County Circuit Court. This order is made without prejudice to the parties to seek leave of court to amend their pleadings in accordance with the Tennessee Rules of Civil Procedure.

It is further ORDERED, ADJUDGED, and DECREED that the accrued costs of this case in this Court prior to the removal shall be transferred to the Blount County Circuit Court and will be taxed upon conclusion of this matter.

J CEW 122731 v1
2787551-000258 07/26/2011



JUDGE _____

APPROVED FOR ENTRY:

Horace M. Brown ~ permission by CEW

Horace M. Brown, BPR No. 001870
105 North Court Street
Maryville, Tennessee 37804-5721
Phone: (865) 982-9489
Horace105@aol.com

*Attorney for Plaintiffs*

Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Facsimile: (423) 979-7639
cwallace@bakerdonelson.com

*Attorney for Defendant*
  *State Farm Mutual Automobile Insurance Company*

2 of 2

BLOUIT COUNTY CIRCUIT COURT
FIFTH (5TH) JUDICIAL DISTRICT
TOM HATCHER, CLERK
926 EAST LAMAR ALEXANDER PARKWAY
MARYVILLE, TN 37804-6201

OFFICE PHONE – (865) 273-5400

<u>NOTICE</u>

08/16/2011

**TO: CHAD E WALLACE ATTORNEY**
**100 MED TECH PKY, SUITE 200**
**PO BOX 3038**
**JOHNSON CITY, TN 37602**

RE:     FAYE HUDSON & WILLIAM HUDSON
vs

STATE FARM MUTUAL INS CO & JOHN DOE

Case Number: L-17552
Judge: David R Duggan
NON-JURY Setting

To Whom It May Concern:

Please be advised that this case was transferred from the General Sessions Court and was filed in the Blount County Circuit Court on August 16, 2011.

Please indicate on your pleadings the appropriate Judge. It will be your responsibility to set all matters in this case with that Judge's secretary.

Thank you for your cooperation in this matter.

TOM HATCHER
CIRCUIT COURT CLERK

BY: _____     Deputy
          Clerk

**ELECTRONIC DEVICES (TAPE RECORDERS, CAMERAS, CELLULAR TELEPHONES, BEEPERS, RADIOS, ETC.) WILL NOT BE PERMITTED IN THE COURTROOM.**

FILE COPY

BLOUNT COUNTY CIRCUIT COURT
FIFTH (5TH) JUDICIAL DISTRICT
TOM HATCHER, CLERK
926 EAST LAMAR ALEXANDER PARKWAY
MARYVILLE, TN 37804-6201

OFFICE PHONE – (865) 273-5400

NOTICE

08/16/2011

TO: HORACE M BROWN
105 NORTH COURT STREET
MARYVILLE, TN 37804-5721

RE:     FAYE HUDSON & WILLIAM HUDSON
vs

STATE FARM MUTUAL INS CO & JOHN DOE

Case Number: L-17552
Judge: David R Duggan
NON-JURY Setting

To Whom It May Concern:

Please be advised that this case was transferred from the General Sessions Court and
was filed in the Blount County Circuit Court on August 16, 2011.

Please indicate on your pleadings the appropriate Judge. It will be your responsibility to
set all matters in this case with that Judge's secretary.

Thank you for your cooperation in this matter.

TOM HATCHER
CIRCUIT COURT CLERK

BY: _____          Deputy
Clerk

**ELECTRONIC DEVICES (TAPE RECORDERS, CAMERAS, CELLULAR TELEPHONES,
BEEPERS, RADIOS, ETC.) WILL NOT BE PERMITTED IN THE COURTROOM.**

FILE COPY

LAW OFFICES

## ARNETT, DRAPER AND HAGOOD

SUITE 2300

FIRST TENNESSEE PLAZA

KNOXVILLE, TENNESSEE 37929-2300

TELEPHONE 865/546-7000

FAX: 865/546-0423

WWW.ADHKNOX.COM

P.O. BOX 300

KNOXVILLE, TENNESSEE 37901-0300

LEWIS R. HAGOOD
WILLIAM A. SIMMS
F. MICHAEL FITZPATRICK
RICK L. POWERS
DAN D. RHEA
STEVEN L. HURDLE
R. KIM BURNETTE
SAMUEL C. DOAK

OF COUNSEL
JACK B. DRAPER

THOMAS M. COLE
BRODERICK L. YOUNG
JAY W. MADER
PATRICK DOYLE DODSON
MELODY J BOCK
ROBERT B. FROST, JR
STACIE D. MILLER*
RACHEL PARK HURT

*ALSO LICENSED IN LOUISIANA

FOSTER D. ARNETT
(1920-2002)

April 27, 2011

Thomas E. Hatcher
Circuit Court Clerk
926 E Lamar Alexander Pkwy
Maryville, TN 37804

Re:    <u>Faye Hudson v. State Farm Insurance Companies</u>
       Blount County General Sessions Court No. V0040106

Dear Mr. Hatcher:

Please note enclosed for filing a Special Appearance in the captioned litigation.

Also enclosed is a copy of same which we request you stamp as filed.  By copy of this letter we are serving the notice upon the *pro se* plaintiff, Faye Hudson.

Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to contact us.

With kind regards,

Sincerely,

Melody Bock

MB/el

Enclosure

# IN THE GENERAL SESSIONS COURT FOR BLOUNT COUNTY, TENNESSEE

FAYE HUDSON,                          )
208 Bob White Cir.                    )
Maryville, TN 37803,                  )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )      No. V0040106
                                      )
STATE FARM INSURANCE COMPANIES,       )
Murfreesboro Operations Center        )
2500 Memorial Boulevard               )
Murfreesboro, TN 37131-0001,          )
                                      )
        Defendant.                    )

## SPECIAL APPEARANCE BY STATE FARM
## MUTUAL AUTOMOBILE INSURANCE COMPANY AND MOTION TO DISMISS

Comes attorney Melody Bock, Rick Powers and the law firm of Arnett, Draper &

Hagood, and hereby makes special appearance on behalf of State Farm Mutual

Automobile Insurance Company (hereinafter State Farm), without waiving any rights or

defenses and moves to dismiss the Complaint/Summons filed against State Farm

pursuant to **Rule 12** and **12.02 (1) (2) (4) (5) (6) (7) and (8)** of the Tennessee Rules of

Civil Procedure and **T.C.A. § 56-2-502, Service of Process on foreign and alien

companies -- Definitions.(1) (2) (3) (4); T.C.A. § 56-2-503 Commissioner as

attorney for purpose of process (a) (c); T.C.A. § 56-2-504 Any lawful process may

be served on commissioner or secretary of state-Requirements- (a)** and **T.C.A. §

56-7-1206** *et seq.* **Service of process-actions by insurers-Joe Doe warrants-

Arbitration** and more specifically sections of that statute **(a), (b)** and **TCA § 28-3-104

Personal tort actions (a) (3)** which states as follows: (a) The following actions shall be

commenced within one (1) year after the cause of action accrued: (3) Civil actions for

compensatory or punitive damages, or both, brought under the federal civil rights statutes.

State Farm, through counsel, asserts that the plaintiff does not have proper service on State Farm as State Farm's Registered Agent for service of process is the Tennessee Commissioner of Insurance as required by Tennessee statutes, T.C.A. §§ 56-2-502, 56-2-503 and 56-2-504. Plaintiffs alleged service was on someone at the Nashville State Farm claims office. Furthermore, the plaintiff's claims arise out of an automobile accident with an alleged John Doe driver. As plaintiff has failed to sue and join an indispensable party, John Doe, no action can be brought against the uninsured motorist carrier for uninsured motorist benefits. Furthermore, the plaintiff no longer has a valid claim against John Doe because the applicable one year statute of limitations set out in T.C.A. § 28-3-104 has run on the John Doe claim. Therefore, plaintiff has no valid uninsured motorist claim. (See *Lane v. Montgomery*, S.W. 3d, 2007WL 1860903, *Lipsomb v. Doe*, 32 S.W. 3d 840, 848 n. 7, Tenn. 2000).

Plaintiff has attempted to file a direct action against State Farm which she is not allowed to do pursuant to the Tennessee uninsured motorist statute (T.C.A. § 56-7-1206, *et seq.*) and Tennessee case law. (See *Brewer v. Richardson* 893 S.W. 2d 935, TN Sup.Ct. 1995). As there is no viable claim against John Doe, there can be no claim against State Farm as the uninsured motorist so this Court has no subject matter jurisdiction.

As plaintiff has failed to obtain service of process against State Farm by failing to serve State Farm's registered agent, and as plaintiff has failed to join an indispensable party, John Doe, prior to the statute of limitations for personal injury actions running

against the John Doe thereby causing plaintiff to have no uninsured motorist claim before this Court for which jurisdiction could apply, and as plaintiff has attempted to file a direct action against State Farm for an uninsured motorist claim which is not allowed, State Farm moves the court for a dismissal with prejudice and on the merits as to plaintiff's claims against State Farm on the grounds that as a matter of law, plaintiff has no service against State Farm and no legal claims against State Farm Mutual Automobile Insurance Company and the Court has no subject matter jurisdiction of the claim as plaintiff has failed to include an indispensable party, John Doe. Further, as a matter of law, any claims against John Doe are time barred thus no ininsured motorist claim can be brought against State Farm.

Respectfully submitted this 27th day of _____April_____, 2011.

ARNETT, DRAPER & HAGOOD

By: _____
Rick L. Powers, BPR #001692
Melody J. Bock, BPR #006905
Attorneys for State Farm Mutual
Automobile Insurance Company
2300 First Tennessee Plaza
Knoxville, TN 37929-2300
(865) 546-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading or document has been served upon the *pro se* plaintiff Faye Hudson, 208 Bob White Circle, Maryville, TN 37803, in this case by delivering a true and exact copy of said pleading or document to the office of said counsel or by placing a true and exact copy of said pleading or document in the United States Mail, addressed as follows, with sufficient postage thereupon to carry the same to its destination.

This the 27th day of April, 2011.

ARNETT, DRAPER AND HAGOOD

By: _____

## IN THE GENERAL SESSIONS COURT FOR BLOUNT COUNTY, TENNESSEE

FAYE HUDSON, and husband,
WILLIAM HUDSON,
208 Bob White Cir.
Maryville, TN 37803,

     Plaintiff,

v.

STATE FARM INSURANCE COMPANIES,
Murfreesboro Operations Center
2500 Memorial Boulevard
Murfreesboro, TN 37131-0001,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. V0040106

## AGREED ORDER FOR SUBSTITUTION OF COUNSEL

By agreement of the defendant and its attorneys and for good cause shown, it is

ORDERED that Rick L. Powers, Melody J. Bock, and the law firm of Arnett, Draper &

Hagood, 2300 First Tennessee Plaza, Knoxville, TN 37929, attorneys for the defendant,

be allowed to

withdraw as attorney of record in the above-styled action for the defendant and that

Chad E. Wallace and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz

PC, 100 Med Tech Parkway, Suite 200, P.O. Box 3038, Johnson City, TN 37602-3038

be substituted as attorneys of record for the defendant in this cause.

ENTERED this 26 day of _____, 2011.

**APPROVED FOR ENTRY:**

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _Chad E. Wallace /-/ perm. Melody Bock_
     Chad E. Wallace, BPR No. 021741
     100 Med Tech Parkway, Suite 200
     P.O. Box 3038
     Johnson City, TN 37602-3038
     (423) 928-0181

ARNETT, DRAPER AND HAGOOD

By: _____
     Rick L. Powers, BPR #001692
     Melody J. Bock, BPR #006905
     Attorneys for State Farm Mutual
     Automobile Insurance Company
     2300 First Tennessee Plaza
     Knoxville, TN 37929-2300
     (865) 546-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading or document has been served upon counsel in this case by delivering a true and exact copy or by placing a true and exact copy of said pleading or document in the United States Mail, addressed to said counsel's office, with sufficient postage thereupon to carry the same to its destination.

Horace M. Brown, Esq.
105 N Court Street
Maryville, TN 37804-5721

This the 17 day of June , 2011.

ARNETT, DRAPER AND HAGOOD

By: _Melody Booth_____

## IN THE GENERAL SESSIONS COURT FOR BLOUNT COUNTY, TENNESSEE

FAYE HUDSON, and husband,　　　　　　)
WILLIAM HUDSON,　　　　　　　　　　)
208 Bob White Cir.　　　　　　　　　　)
Maryville, TN 37803,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　No. V0040106
　　　　　　　　　　　　　　　　　　)
STATE FARM INSURANCE COMPANIES,　)
Murfreesboro Operations Center　　　　　)
2500 Memorial Boulevard　　　　　　　)
Murfreesboro, TN 37131-0001,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)

## AGREED ORDER FOR SUBSTITUTION OF COUNSEL

By agreement of the defendant and its attorneys and for good cause shown, it is

ORDERED that Rick L. Powers, Melody J. Bock, and the law firm of Arnett, Draper &

Hagood, 2300 First Tennessee Plaza, Knoxville, TN 37929, attorneys for the defendant,

be allowed to

withdraw as attorney of record in the above-styled action for the defendant and that

Chad E. Wallace and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz

PC, 100 Med Tech Parkway, Suite 200, P.O. Box 3038, Johnson City, TN 37602-3038

be substituted as attorneys of record for the defendant in this cause.

ENTERED this _26_ day of _April_, 2011.

**APPROVED FOR ENTRY:**

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


By: _Chad E. Wallace w/ perm, Melody Bock_
　　Chad E. Wallace, BPR No. 021741
　　100 Med Tech Parkway, Suite 200
　　P.O. Box 3038
　　Johnson City, TN 37602-3038
　　(423) 928-0181


ARNETT, DRAPER AND HAGOOD


By: _Melody J. Bock_
　　Rick L. Powers, BPR #001692
　　Melody J. Bock, BPR #006905
　　Attorneys for State Farm Mutual
　　Automobile Insurance Company
　　2300 First Tennessee Plaza
　　Knoxville, TN 37929-2300
　　(865) 546-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading or document has been served upon counsel in this case by delivering a true and exact copy or by placing a true and exact copy of said pleading or document in the United States Mail, addressed to said counsel's office, with sufficient postage thereupon to carry the same to its destination.

Horace M. Brown, Esq.
105 N Court Street
Maryville, TN 37804-5721

This the _17_ day of _June_____, 2011.

ARNETT, DRAPER AND HAGOOD

By: _____

GENERAL SESSION COURT FOR BLOUNT COUNTY, TENNESSEE

FILED

MAY 05 2011

TOM HATCHER
GENERAL SESSIONS COURT

FAYE HUDSON AND HUSBAND )
WILLIASM HUDSON )
)
VS. )          Case No. V0040106
)
)
STATE FARM MUTUAL AUTOMOBILE )
COMPANY AND )
JOHN DOE )

## CERTIFICATE OF SERVICE FOR AMENDED COMPLAINT

The undersign attorney for the Plaintiffs in this case hereby certifies that a true and correct copy of the Amended Complaint was served upon the attorney for State Farm Mutual Automobile Insurance Company's attorney Melody Bock at her address located at Arnett, Draper and Hagood Suite 2300 First Tennessee Plaza Knoxville, TN 37929-2300 by depositing, in the U.S. Mail, postage pre paid this 4th day of May 2011.

Horace M. Brown
Attorney for the Plaintiffs

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**brenda.meade@tn.gov**

May 19, 2011

State Farm Mutual Auto Ins Company
2500 Memorial Boulevard % Jeff Shay
Murfreesboro, TN  37131-0001
NAIC # 25178

Certified Mail
Return Receipt Requested
7010 2780 0001 2571 8803
Cashier # 3215

Re:   Faye & William Hudson  V.  State Farm Mutual Auto Ins Company

      Docket # V0040106

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of
Commerce and Insurance was served May 12, 2011, on your behalf in connection with the
above-styled proceeding.  Documentation relating to the subject is herein enclosed.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: General Sessions Court Clerk
    Blount County
    932 E. Lamar Alexander Pkwy
    Maryville, Tn  37804

Docket No. **V0040106**

Plaintiff(s) **Faye Hudson & husband William Hudson**

Plt Atty _____ Tel # _____

and citing ☐ Defendant ☐ Defendants for trial on the **20th** day of **MAY**, 20**11**, at **9:00 A.M**

VS

☐ Diligent search made and Defendant(s) not to be found in my county, because _____

Defendant(s) **State Farm Mutual Automobile Insurance Company and John Doe**

Date of Service: _____

(Sheriff/Deputy) _____

Pin # _____

# Civil Warrant
## State of Tennessee, County of Blount

**Tom Hatcher**
**General Sessions Court Clerk**

TO ANY LAWFUL OFFICER TO EXECUTE AND RETURN:

Summon the named Defendant(s) to appear in the Blount County General Sessions Court, at the Blount County Justice Center to answer a civil suit being brought by the named Plaintiff(s), for $ **25,000.00** as indicated below, in an action based on: ① **claims for personal injury for all damages to both Plaintiff's arising out of motor vehicle accident occuring on march 22, 2010 on old Knoxville Highway Maryville, Blount County TN ② This claim arises out of Plaintiff's insurance carrier Defendant State Farm mutual Automobile Ins. Co.; and is served pursuant to Tile 56 of TCA ③ All damages for bad faith against Defendant State Farm & breach of contract**

Issued this **4** day of **May** 20**11**.

Tom Hatcher, Clerk of the General Sessions Court

by: **M Gregory** D.C.

## JUDGMENT ON THE ABOVE COMPLAINT

☐ ☐ Contested ☐ Agreed ☐ Default ☐ Plaintiff's reported agreement

Judgment in the amount of $_____ and all costs and taxes is granted to Plaintiff(s) against Defendant(s) _____ for which execution may issue.

☐ Dismissed _____ prejudice. Cost are taxed to _____

Basis for dismissal:
☐ Findings in favor of Defendant(s) after trial.
☐ Plaintiff's failure to prosecute.
☐ Officer's return no to be found.
☐ Plaintiff's non-suit.
☐ Compromised and settled
☐ Paid before Court.

This _____ day of _____, 20_____.    Judge: _____

## INSTALLMENT PAYMENT ORDER

_____ is allowed to pay judgment and costs at the rate of $_____ _____ beginning _____. Garnishment stayed pending compliance with this order.

This_____ day of _____, 20_____.    Judge: _____

## IN THE GENERAL SESSIONS COURT FOR BLOUNT COUNTY, TENNESSEE

FAYE HUDSON,
208 Bob White Cir.
Maryville, TN 37803,

      Plaintiff,

v.

STATE FARM INSURANCE COMPANIES,
Murfreesboro Operations Center
2500 Memorial Boulevard
Murfreesboro, TN 37131-0001,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. V0040106

FILED
JUN 07 2011
TOM HATCHER
GENERAL SESSIONS COURT

### NOTICE OF APPEARANCE

Come Rick L. Powers and Melody J. Bock of the law firm of Arnett, Draper and

Hagood and hereby enter a general appearance for State Farm Insurance Company

herein.

Respectfully submitted this _1st_ day of _June_ , 2011.

ARNETT, DRAPER & HAGOOD

By: _____
Rick L. Powers, BPR #001692
Melody J. Bock, BPR #006905
Attorneys for State Farm Mutual
Automobile Insurance Company
2300 First Tennessee Plaza
Knoxville, TN 37929-2300
(865) 546-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading or document has been served upon counsel for all parties in interest in this case by delivering a true and exact copy or by placing a true and exact copy of said pleading or document in the United States Mail, addressed to said counsel's office, with sufficient postage thereupon to carry the same to its destination.

Horace M. Brown, Esq.
105 N Court Street
Maryville, TN 37804-5721

This the _1st_ day of _June_____, 2011.

ARNETT, DRAPER AND HAGOOD

By: _Melody Bell_____

Horace M. Brown
Attorney At Law
105 North Court Street
Maryville, Tennessee 37804

Horace105@aol.com

Office: (865) 982-9489
Facsimile: (865) 238-2558

June 16, 2011

Mr. Chad Wallace
Attorney At Law
Baker Donaldson Law Firm               ( 865 ) 979-7639
P.O. Box 3038
Johnson City, TN 37602

Blount County General Session Court Clerk     ( 865 ) 273- 5411 Attention Diane
Trial Justice Center
128 East Lamar Alexander Parkway
37804

Dear Honorable Clerk,

Re: Faye Hudson and William Hudson vs. State Farm
    Blount County Genera l Session Case No. V0040106

Dear Mr. Wallace,

This letter memorializes a conversation we had this morning in which you heard me
speaking with Diane in the Sessions Court and during the conversation we agreed upon a
continuance of this case  from June 24, 2011 to August 19, 2011 at 9:00 am.

If anything appears contrary to its stated purpose, please alert me immediately.

Sincerely

Horace M. Brown
copy to the clerk of the court
copy to  Mr. and Mrs. Hudson
this letter, was on this day faxed and mailed

LAW OFFICES

# ARNETT, DRAPER AND HAGOOD

LEWIS R. HAGOOD
WILLIAM A. SIMMS
F. MICHAEL FITZPATRICK
RICK L. POWERS
DAN D. RHEA
STEVEN L. HURDLE
R. KIM BURNETTE
SAMUEL C. DOAK

OF COUNSEL
JACK B. DRAPER

SUITE 2300
FIRST TENNESSEE PLAZA
KNOXVILLE, TENNESSEE 37929-2300
TELEPHONE 865/546-7000
FAX: 865/546-0423
WWW.ADHKNOX.COM
P.O. BOX 300
KNOXVILLE, TENNESSEE 37901-0300

THOMAS M. COLE
BRODERICK L. YOUNG
JAY W. MADER
PATRICK DOYLE DODSON
MELODY J. BOCK
ROBERT B. FROST, JR.
STACIE D. MILLER*
RACHEL PARK HURT

*ALSO LICENSED IN LOUISIANA

FOSTER D. ARNETT
(1920-2002)

May 16, 2011

Thomas E. Hatcher
Circuit Court Clerk
926 E Lamar Alexander Pkwy
Maryville, TN 37804

*Via fax (865) 273-5411*

Re:  **Faye Hudson v. State Farm Insurance Companies**
     **Blount County General Sessions Court No. V0040106**

Dear Mr. Hatcher:

Pursuant to our conversation, please remove the above referenced matter from the Court's docket for **May 20, 2011 and reset the trial to June 24, 2011 to begin at 9:00 a.m.** This date has been confirmed by the plaintiff's attorney and all parties are in agreement.

Thank you and should you have any questions or require additional information, please do not hesitate to contact our office.

With kind regards,

Sincerely,

Andrea J. Nabors
Legal Assistant to Melody Bock

/ajn

cc:   Horace M. Brown, Esq. (Via email horace@105aol.com)

Horace M. Brown
Attorney At Law
105 North Court Street
Maryville, Tennessee 37804

Horace105@aol.com

Office: (865) 982-9489
Facsimile: (865) 238-2558

June 16, 2011

Mr. Chad Wallace
Attorney At Law
Baker Donaldson Law Firm            ( 865 ) 979-7639
P.O. Box 3038
Johnson City, TN 37602

Blount County General Session Court Clerk    ( 865 ) 273- 5411 Attention Diane
Trial Justice Center
128 East Lamar Alexander Parkway
37804

Dear Honorable Clerk,

Re: Faye Hudson and William Hudson vs. State Farm
    Blount County Genera l Session Case No. V0040106

Dear Mr. Wallace,

This letter memorializes a conversation we had this morning in which you heard me
speaking with Diane in the Sessions Court and during the conversation we agreed upon a
continuance of this case  from June 24, 2011 to August 19, 2011 at 9:00 am.

If anything appears contrary to its stated purpose, please alert me immediately.

Sincerely

*Horace M. Brown*
Horace M. Brown
copy to the clerk of the court
copy to  Mr. and Mrs. Hudson
this letter, was on this day faxed and mailed

# FAX

| Date: | 6/17/2011 |
|---|---|

| Pages including cover sheet: | 2 |
|---|---|

| **To:** | Blount County General |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Number** | +1 (865) 273-5411 |

| **From:** | HORACE BROWN |
|---|---|
| | Hewlett-Packard Company |
| | 105 North Court Street |
| | Maryville |
| | TN          37804 |
| | |
| **Phone** | +1 (865) 238-2558 |
| **Fax Number** | +1 (865) 238-2558 |

**NOTE:**

Attention: Diane

```
               |COURTROOM SECURITY FEE      |        0|0|    0.00      2.00       .00
               Unpaid Balance of Assessed Amount=    47.00
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

->RECEIPTS<-

=============================================================================
```
Rct #| Rct Date |T|   Received From/Payable To      |H| Amount  | Ck #  |Ck/Ef Date
=============================================================================
57643| 3,17,2011|R|FAYE HUDSON                       |          17.75| 47937| 3,31,2011
              P|00125CIV LIT GEN SESS 17.75          |CA
57643| 3,17,2011|R|FAYE HUDSON                       |          32.25| 47938| 3,31,2011
              P|00203CO LIT-CIVIL 32.25              |CA
57643| 3,17,2011|R|FAYE HUDSON                       |           1.00| 47938| 3,31,2011
              P|00204LAW LIBRARY 1.00                |CA
57643| 3,17,2011|R|FAYE HUDSON                       |           1.00| 47938| 3,31,2011
              P|00205CH & JAIL FUND 1.00             |CA
57643| 3,17,2011|R|FAYE HUDSON                       |           2.00| 47938| 3,31,2011
              P|00295CLERK - DATA PROCESSING         |CA
57643| 3,17,2011|R|FAYE HUDSON                       |          40.00| 47938| 3,31,2011
              P|00299CLERK FEE                       |CA
Total Receipts->  94.00
CASE DOCKET HISTORY-03 GENERAL SESSIONS COURT              AUG 16, 2011 Page:  1
```
=============================================================================
```
Case Number|V0040106 |FAYE HUDSON                    | Disposition Date
Case Class  |CIV      |STATE FARM INSURANCE COMPANIES|            0
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
Reference    |          Dock Type |N           Action Code|VD
Case Type    |C         Judge Code|RLH          DETAINER WARRANT
Case Source  |O         ROBERT L HEADRICK        D1|DAMAGES
Filing Date  | 3,17,2011 Status   |S            D2|8977.00+COST
Reopen Date  |        0                          D3|
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
Jury Demand|N
```

->PARTIES<-

=============================================================================
```
Type |       Name/Comments        |Ans Filed |          Attorneys
A001 |HUDSON           FAYE       |        0 |HORACE BROWN

A002 |HUDSON           WILLIAM    |        0 |HORACE BROWN
```

Faye Hudson - Plaintiff Advanced  $ 94.00
         "              "         $ 37.00
                                  $ 131.00

Docket No. _____ V0040106

FAYE HUDSON

208 BOB WHITE CIR

MARYVILLE TN 37803    865-789-3204

                    VS                    Plaintiff(s)

STATE FARM INSURANCE COMPANIES

MURFREESBORO OPERATIONS CENTER

2500 MEMORIAL BOULEVARD

MURFREESBORO, TN 37131-0001

                              Defendant(s)

**Officers Return:**
☑ I certify that I have served this Summons by reading same to all Defendants named above or by _____ Served Jackie Houk of Clams and citing ☐ Defendant ☐ Defendants for trial on 29th day of April ,20 11 , at 9 A M
☐ Diligent search made and Defendant(s) not to found in my county, because _____

Date of Service: 3-29-11
(Sheriff/Deputy) _____

# Civil Warrant
## State of Tennessee, County of Blount

ORIGINAL
RETURN TO COURT

Tom Hatcher
General Sessions Court Clerk

TO ANY LAWFUL OFFICER TO EXECUTE AND RETURN:

Summon the named Defendant(s) to appear in the Blount County General Sessions Court, at the Blount County Justice Center to answer a civil suit being brought by the named Plaintiff(s), for $_____ 8977.00 _____ as indicated below, in an action based on: DAMAGES FROM AUTO ACCIDENT   MEDICAL EXPENSES TO INCLUDE FUTURE THERAPY
        CLAIM NUMBER 42-2357-947

Issued this __17__ day of ___MARCH___ 20__11__

Tom Hatcher, Clerk of the General Sessions Court
By: _Teresa J Estes_ _____D.C.

## JUDGMENT ON THE ABOVE COMPLAINT

                ☐ Contested    ☐ Agreed    ☐ Default    ☐ Plaintiff's reported agreement
☐   Judgment in the amount of $_____ and all costs and taxes is granted to Plaintiff(s) against
    Defendant(s) _____ for which execution may issue.
☐   Dismissed _____ prejudice. Cost are taxed to _____
    Basis for dismissal:
    ☐ Findings in favor of Defendant(s) after trial.        ☐ Plaintiff's non-suit.
    ☐ Plaintiff's failure to prosecute.                     ☐ Compromised and settled
    ☐ Officer's return no to be found.                      ☐ Paid before Court.

This _____ day of _____ , 20 _____        Judge: _____

INSTALLMENT PAYMENT ORDER

_____ is allowed to pay judgment and costs at the rate of $_____
beginning _____ Garnishment stayed pending compliance with this order.

This_____ day of_____ , 20 _____        Judge: _____

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

FAYE HUDSON and husband,
WILLIAM HUDSON

Plaintiffs

VS                                             No. L-17552

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND JOHN DOE

Defendants

**FILED**

NOV 2 9 2011

TOM HATCHER
CIRCUIT COURT CLERK

## NOTICE OF APPEARANCE

Comes now F. D. Gibson and enters his appearance as co-counsel on behalf of

Plaintiffs, Faye Hudson and husband, William Hudson.

This __22__ day of __November__, 2011.

_F. D. Gibson_

F. D. GIBSON, BPR001054
Attorney for Plaintiffs
222 Ellis Avenue
Maryville, TN 37804
865-983-5642

## CERTIFICATE

I certify that a true and exact copy of the foregoing pleading has been forwarded
this __22__ day of __November__, 2011, to Horace Brown, Co-counsel for Plaintiffs,
105 N. Court Street, Maryville, TN 37804; and, Chad Wallace, Attorney for Defendants,
P. O. Box 3838, Johnson City, TN 37602.

_F. D. Gibson_

F. D. GIBSON

*ρ*

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

**FILED**

NOV 2 9 2011

TOM HATCHER
CIRCUIT COURT CLERK

FAYE HUDSON and husband,
WILLIAM HUDSON

Plaintiffs

VS                                                                No. L-17552

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND JOHN DOE

Defendants

## REQUEST FOR ADMISSIONS

Come now the Plaintiffs and file these Requests for Admissions under

Rule 36 of Tennessee Rules of Civil Procedure requiring that the Defendant,

State Farm Insurance, answer within the time prescribed by law or these

requests will be deemed admitted.

The Plaintiffs request that the following admissions be admitted or denied

by State Farm Mutual Automobile Insurance Company:

1. That the Plaintiffs had automobile liability insurance policy with State

   Farm Mutual Automobile Insurance Company on March 22, 2010.

   ANSWER:

2. That on that date the insured, Faye Hudson, was involved in a traffic

   accident in Blount County, Tennessee.

   ANSWER:

3. That the accident was duly and timely reported to Dean Jarvis, Agent

   of State Farm for the Hudson family.

   ANSWER:

4. That the automobile claim report lists injuries to Faye Hudson to neck and back.

   ANSWER:

5. That on November 12, 2010, a letter was mailed under the signature of Tim Honey, Claim Processor under claim number 42-2357-947, outlining the procedure for medical insurance coverage on the automobile policy.

   ANSWER:

6. On November 18, 2010, a letter was sent under the signature of Aisleen Farless, Claim Representative under the claim number 42-2357-947, requesting that Faye Hudson sign and provide medical authorization forms for the use of State Farm.

   ANSWER:

7. That the accident of March 22, 2010, was assigned a claim number of 42-2357-947.

   ANSWER:

8. That State Farm did, in fact, receive the signed medical authorization forms allowing requests and receipt of any medical information required.

   ANSWER:

9. On January 17, 2011, a letter from State Farm was generated under the signature of Aisleen Farless, Claim Representative under said

claim number, advising Faye Hudson of the one year statute of limitation.

ANSWER:

10. That letter informed Faye Hudson that she would have to maintain a lawsuit for bodily injury claim against the State Farm insured before March 22, 2011, or the statute of limitations would expire.

ANSWER:

11. The insured identified in that letter was Faye Hudson.

ANSWER:

12. State Farm knew, or should have known, that the information and advice given in the letter of January 17, 2011, was wrong and could not be carried out.

ANSWER:

13. That State Farm never attempted to make a recorded statement from Faye Hudson concerning the facts of this case.

ANSWER:

STATE FARM MUTUAL AUTOMOBILE
MUTUAL INSURANCE COMPANY

BY:_____

_____
Title

Sworn to and subscribed before me this _____ day of _____,
2011.

_____
NOTARY PUBLIC

My Commission Expires:

_____

_____
F. D. GIBSON, BPR001054
Co-Counsel for Plaintiffs
222 Ellis Avenue
Maryville, TN  37804
865-983-5642

## CERTIFICATE

I certify that a true and exact copy of the foregoing pleading has been placed in the US Mail this _29_ day of _November_, 2011, to Chad Wallace, Attorney at Law, P. O. Box 3838, Johnson City, TN  37602; and, Horace M. Brown, Co-counsel for Plaintiffs, 105 N. Court Street, Maryville, TN  37804.

_____
F. D. GIBSON

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

FILED

DEC 0 2 2011

TOM HATCHER
CIRCUIT COURT CLERK

FAYE HUDSON and husband,
WILLIAM HUDSON

    Plaintiffs

vs.

                             NO: L—17552

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND JOHN DOE

    Defendants

## MOTION TO AMEND AND OTHER RELIEF

Comes now the Plaintiffs and move the Court to allow the attached Amended Complaint to be filed and replace the existing Civil Warrant and would show:

1. This case originated by the filing of a Civil Warrant in Blount County General Sessions Court by Plaintiffs Pro Se.

2. Defendant, State Farm, filed Motion to Dismiss due to a claimed pleading and service Defect in that the original warrant did not sue John Doe and service on State Farm was not through the Commissioner of Insurance.

3. Plaintiffs then employed undersigned counsel who amended the Complaint to add John Doe and the case was removed to this Court by Agreed Order as provided for in T.C.A. 16-15-732.

4. The Court should order that State Farm has waived any objection to service irregularity by making a general appearance when it filed Motion to Dismiss and allow the attached Complaint to be filed as lead process for Plaintiff.

WHEREFORE, Plaintiffs move the Court for an Order in accordance with the requests made herein.

_(signature)_

Horace M. Brown
Attorney for Plaintiffs
105 N. Court St.
Maryville, TN. 37804
(865) 898-8544

_(signature)_

F. D. Gibson
Attorney for Plaintiffs
222 Ellis Ave.
Maryville, TN. 37804
(865) 983-5642

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion and Amended Complaint has been served this

2 day of December, 2011 upon Chad Wallace, Attorney for Respondents,

P.O. Box 3038, Johnson City, TN. 37602.

_(signature)_

Co-Counsel for Plaintiffs

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

FAYE HUDSON and husband
WILLIAM HUDSON

     Plaintiffs

vs.                                    NO: L-17552

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND JOHN DOE

     Defendants

## AMENDED COMPLAINT FOR DAMAGES

Comes now the Plaintiff and sue the Defendants for damages as follows:

1. That on March 22, 2010, Plaintiff, Faye Hudson, was injured in an automobile collision within the confines of Blount County, Tennessee.

2. Said collision and resulting injuries were solely caused by an unknown hit and run driver Identified as John Doe in the caption. John Doe was travelling too fast for the conditions then existing on the roadway and too closely to Plaintiff's car and did crash into the rear of Plaintiff's vehicle when she was either stopped or slowing down for traffic conditions.

3. John Doe was the sole and proximate cause of the injuries and damages sustained in the Collision between the vehicles and violated the following common law duties:

    (a) Driving too fast for the traffic conditions then existing.
    (b) Failed to keep his vehicle under control so as to avoid collision with other vehicles.
    (c) Failed to follow at safe distance behind Plaintiff vehicle

    John Doe was also negligent per se for violation of the following statute(s)

    1. T.C.A. 55-8-124 –Following too Closely

4. As a result to the collision Plaintiff, Faye Hudson, was caused to suffer serious and painful personal injuries which ultimately required her to seek medical attention and incur medical bills

in order to try to cure her injuries. During the period following the collision, Fay Hudson was caused to suffer pain and suffering, anxiety, destruction of enjoyment of life and fears that she may suffer from her injuries for the rest of her natural life. Judgment is requested for medical bills and other elements of personal injury as well for pain and suffering from her impairments for the rest of her life and loss of enjoyment of life and destruction of her natural rights.

5. At all times relevant herein, William Hudson was the lawful spouse of Faye Hudson and due to the negligence of John Doe has been caused to become liable for the necessary medical expenses of his spouse and lost the companionship and consortium of his spouse for an extended time and may continue to suffer such losses in the future due to the probability of permanent impairment.

6. Plaintiffs also aver that their vehicle was damaged in the collision and depreciated in value and seek judgment for property damages not to exceed $2,500.00.

7. Defendant State Farm is sued as uninsured motorist provider of Plaintiffs under T.C.A. 56-7-1201 et seq. and individually for violation of Tennessee Consumer Protection Act codified in T.C.A. 47-18-101 et seq., bad faith under provisions of T.C.A. 56-7-105 and for breach of contract.

8. In support of said claims, Plaintiffs would show that for a period following the collision, Faye Hudson did not seek medical attention as she believed the injuries were temporary and would clear up. However she visited her State Farm Agent in October, 2010 and reported that she would need her medical coverage under the insurance policy due to her ongoing problems. Her injury was acknowledged by State Farm by letter dated November 12, 2010 and Ms. Hudson did sign and return a medical authorization form for the use and benefit of State Farm in her medical coverage case. The accident was timely reported immediately following the collision to her insurance agent and the claim form submitted to State Farm noted injury to Faye Hudson.

9. Mrs. Hudson first required medical treatment on January 18, 2011, within the one year period specified in the prior letter from State Farm. She was examined, tested , prescribed medications and referred to therapy. Bills have been submitted to State Farm and said company has failed and refused to honor its contract and has refused to pay said bills. This action violates bad faith provisions of law and subjects said Defendant to the penalties outlined in T.C.A. 56-7-105. Plaintiffs here aver that their medical payments coverage contract with State Farm was for $1,000.00 in benefits.

10. State Farm generated another letter dated January 17, 2011 advising the Plaintiffs of the Pending Statute of Limitation date of March 22, 2011. The letter gave advice that legal action must be filed against the State Farm insured listed in the letter as Faye Hudson or be forever prohibited by the Statute of Limitations. By this date, State Farm knew, or should have known in the exercise of due diligence that the claim was for an unidentified driver and would be under uninsured motorist contract of their policy. Also, upon information and belief, State Farm did no investigation of the collision despite a duty to do so under the provisions of their policy contract. The information in the letter was generated by a State Farm employee or agent doing services for said Defendant and the data and instructions were both misleading, false and calculated to confuse the recipient. State Farm is a long established liability insurance provider and well knows the procedures for filing against a hit and run driver, as in this case. This letter constitutes an unfair or deceptive practice and renders the sender liable under T.C.A. 47-18-104(b)(27) and under the theory of imputed liability.

11. As a result of the erroneous instructions, Plaintiffs were misled into possibly filing the case in the wrong manner, pro se. Plaintiffs aver that all times, the authors of the letters referred to herein were acting on behalf of and solely for the benefit of State Farm. Said Defendant has mainly created the situation and now seeks to benefit from its own misconduct and has breached its contract with Plaintiffs and its duty of good faith.

12. Plaintiffs aver that the incurred medical expenses of Faye Hudson are under $4,000.00 and are attached as exhibit to this Complaint. Under Tennessee law, such expenses are deemed reasonable and necessary in the consideration of damages.

WHEREFORE, PLAINTIFFS seek judgment against Defendants for personal injuries of Faye Hudson In an amount not to exceed THIRTY FIVE THOUSAND ($35, 000.00) DOLLARS plus treble damages and attorney fees under T.C.A. 47-18-101 et seq. for the conduct of State Farm in this matter. In addition and alternately, PLAINTIFFS seek judgment for up to THIRTY FIVE THOUSAND ($35,000.00) DOLLARS' on the theory of imputed liability and bad faith penalty allowed under T.C.A. 56-7-105 for failure to pay the lawful claim for medical expenses. As prayed for herein, PLAINTIFFS also seek judgment for property damages up to TWO THOUSAND FIVE HUNDRED ($2,500.00) DOLLARS and Plaintiff, WILLIAM HUDSON seeks judgment for loss of consortium and companionship in an amount not to exceed TEN THOUSAND ($10,000.00) DOLLARS plus court costs , litigation taxes and any discretionary costs.

Horace M. Brown
105 N. Court St.
Maryville, TN. 37804 and
F. D. Gibson III
222 Ellis Ave.
Maryville, TN. 37804
Attorneys for Plaintiffs

BY: *Horace M. Brown*
Attorney at Law

COST BOND

The undersigned principals and surety do bind ourselves liable for costs as prescribed by law

WILLIAM HUDSON- Plaintiff
FAYE HUDSON      - Plaintiff
As Principals

HORACE M. BROWN
Attorney at Law as Surety

BY: _Horace M. Brown_
HORACE M. BROWN
Attorney for Principals

## IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

**FAYE HUDSON and husband**
**WILLIAM HUDSON**

**PLAINTIFFS**

**VS**                                        No. <u>L-17552</u>

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY AND JOHN ROE**

**DEFENDANT**

# AFFIDAVIT IN SUPPORT FOR AMENDED DAMAGES

The undersign, Faye Hudson, residing at 208 Bob White Circle Maryville, Blount County Tennessee make the following oath in due form of law as follows:

1. I was in injured in a motor vehicle accident on March 22, 2010 on Broadway Road near Eagleton Village, Maryville, Blount County, Tennessee.

2. That as a direct consequence of the accident I received personal injury and incurred the following medical expenses:

    1. Marino Therapy    $ 2,259.00

2. Park Med Urgent Care Center  <u>110.00</u>
   Total Charges  $ 2,369.00

3. See attached collective exhibits evidencing the charges and methods credit and payments.

Signed this 2 day of December 2011

_Faye L. Hudson_
Faye L. Hudson

STATE OF TENNESSEE  )
                    )
BLOUNT COUNTY       )

Before the undersign, a Notary Republic, appeared Faye L. Hudson, on the 2 day of December 2011, and made an oath in my presence that he signed the aforesaid Affidavit.

_____
Notary Republic
My Commission Expires: 4-15-11

# Patient Statement Inquiry

### Patient : 27191 - Hudson,Faye

| Date | Code | Description | Units | Amount |
|---|---|---|---|---|
| 01-19-2011 | 97001 | Phys Therapy Eval | 1.00 | 168.00 |
| | 97014 | E-stim Unat | 1.00 | 29.00 |
| 01-24-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 2.00 | 118.00 |
| | 97530.59 | Funct Activity | 1.00 | 59.00 |
| 01-28-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 3.00 | 177.00 |
| 02-01-2011 | 97035 | U.S. | 1.00 | 59.00 |
| | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 1.00 | 59.00 |
| 02-02-2011 | Statement | Statement of Account printed 02-02-2011 | | |
| 02-07-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-10-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-11-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-23-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-25-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-25-2011 | Payment | Patient paid $78.00 for DOS 02/23/2011-02/23/2011 via check # 1328, Batch # meryville022511. | | -78.00 |
| 02-28-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-28-2011 | Payment | | | 0.00 |
| 02-28-2011 | Payment | | | 0.00 |
| 02-28-2011 | Discount | self pay Discount of $214.00 for DOS 02/11/2011-02/23/2011. | | -115.00 |
| 02-28-2011 | Discount | self pay Discount of $214.00 for DOS 02/11/2011-02/23/2011. | | -99.00 |
| 02-28-2011 | Discount | Discount of $198.00 for DOS 02/25/2011-02/28/2011. | | -99.00 |
| 02-28-2011 | Discount | Discount of $198.00 for DOS 02/25/2011-02/28/2011. | | -99.00 |
| 03-02-2011 | Statement | Statement of Account printed 03-02-2011 Patient Balance: $247.00 Insurance Balance: $1,286.00 Statement Type: 8 | | |
| 03-07-2011 | 97140 | Manual.Ther | 2.00 | 118.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 03-11-2011 | Payment | | | 0.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -91.00 |

# Patient Statement Inquiry

## Patient : 27191 - Hudson,Faye

| Date | | Description | | Amount |
|------|--|-------------|--|--------|
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -78.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -78.00 |
| 03-11-2011 | Discount | Discount of $134.00 for DOS 03/07/2011-03/07/2011. | | -134.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 04-04-2011 | Statement | Statement of Account printed 04-04-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 04-06-2011 | Statement | Statement of Account printed 04-06-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 05-03-2011 | Statement | Statement of Account printed 05-03-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| | | Total Charges on Account: | | 2259.00 |
| | | Total Payments on Account: | | -325.00 |
| | | Total Discounts on Account: | | -546.00 |
| | | Total Account Adjustments: | | 0.00 |
| | | Total Account Charge Reversals: | | 0.00 |
| | | Account Balance Due: | | 1388.00 |

Case 3:12-cv-00083-RLJ-HBG   Document 1-1   Filed 02/21/12   Page 44 of 96   PageID #: 48

# PARK MED URGENT CARE CENTER

NP/PA

For Billing Inquiries:
Call: (865) 292-3000
or mail to:
P.O. Box 52552
Knoxville, TN 37950
ID # 62-1609262

Initials _____

**PLEASE RETURN THIS FORM TO THE RECEPTIONIST**

PATIENT NAME _____  BIRTHDATE 12-5-55  PHYSICIAN _____
SS # _____  INS./COMPANY _____
DATE _____  Time: In ____ AM / PM   Out ____ AM / PM   LOCATION _____

| OFFICE SERVICES (NEW PATIENT) (NEED 3 OF 3 KEY COMPONENTS) | | CPT-4 | FEE |
|---|---|---|---|
| Focused | 1-5-9 | 99201 | |
| Expanded | 2-6-9 | 99202 | |
| Detailed | 3-7-11 | 99203 | |
| Comp/Mod | 4-8-11 | 99204 | |
| Comp/High | 4-8-12 | 99205 | |
| Camp/Sport/School/Phys. | | | |
| Ages 0 mo.-11 mo. | | 99381 | |
| Ages 1-4 | | 99382 | |
| Ages 5-11 | | 99383 | |
| Ages 12-17 | | 99384 | |
| Ages 18-39 | | 99385 | |
| Ages 40-64 | | 99386 | |
| Ages 65+ | | 99387 | |
| Physical Exam (MC Only 1st visit) | | G0344 | |
| EKG (MC Only-1st visit) | | G0366 | |

| OFFICE SERVICES (ESTABLISHED) (NEED 2 OF 3 KEY COMPONENTS) | | | |
|---|---|---|---|
| Focused | 1-5-9 | 99212 | |
| Expanded | 2-6-10 | 99213 | |
| Detailed | 3-7-11 | 99214 | |
| Comp/High | 4-8-12 | 99215 | |
| Non-Dr (Nurse/Lab) | | 99211 | |
| (BP/WT CK/INJ) | | | |
| Post-Op Visit N/C | | 99024 | |
| Camp/Sport/School/Phys. | | | |
| Ages 0 mo.-11 mo. | | 99391 | |
| Ages 1-4 | | 99392 | |
| 5-11 | | 99393 | |
| 12-17 | | 99394 | |
| 18-39 | | 99395 | |
| 40-64 | | 99396 | |
| 65+ | | 99397 | |
| DOT | | 99455 | |
| Company Physical #1 | | 99455 | |

| DRUG SCREENS | CPT | FEE |
|---|---|---|
| Collection Only | 99001 | |
| Collection w/Screen | 99001 | |
| Drug Confirmation | 80102 | |
| Drug Screen-DOT | 80100 | |
| Drug Screen-NON DOT | 80100 | |
| MRO | 99499 | |
| Tissue/Hair Sample | 80100 | |
| Triage Test | 80101 | |

| INJECTIONS/DRUGS | | |
|---|---|---|
| Allergy, single inj | 95115 | |
| Allergy, 2> inj | 95117 | |
| Benadryl up to 50mg | J1200 | |
| 8cillin up to 1,200,000 units | J0540 | |
| Celestone per 4mg | J0704 | |
| Compazine up to 10mg | J0780 | |
| Decadron 4 mg | J1100 | |
| Decadron LA 8mg | J1094 | |
| Delestrogen up to 20mg | J1380 | |
| Demerol per 100 mg | J2175 | |
| Depo-Medrol 40mg | J1030 | |
| Depo-Provera 150 mg | J1055 | |
| DTP | 90701 | |
| Epinephrine   1 ml | J0170 | |
| Estradiol | J2670 | |
| Flu Vaccine | 90658 | |
| Gentamycin up to 80mg | J1580 | |
| Hepatitis B (3 Series) | | |
| Age 0 - 19 yrs. | 90744 | |
| Age 20 > | 90746 | |
| HIB | 90646 | |
| Imitrex, up to 6mg | J3030 | |
| Kenolog per 10mg | J3301 | |

| INJECTIONS/DRUGS | | |
|---|---|---|
| Lasix up to 20mg | J1940 | |
| Levsin up to 0.25mg | J1980 | |
| Lyme | 90665 | |
| MMR | 90707 | |
| Norflex up to 60mg | J2360 | |
| OPV | 90712 | |
| Phenergan up to 50mg | J2550 | |
| Pneumonia Vaccine | 90732 | |
| PPD | 86580 | |
| Rocephin 250 mg | J0696 | |
| Solu-Medrol up to 40mg | J2920 | |
| Stadol 1 mg | J0595 | |
| Testosterone up to 100mg | J1070 | |
| Testosterone 1cc, 200mg | J1080 | |
| Tetanus Toxoid | 90703 | |
| Tdap | 90715 | |
| Td-Tetanus&diphtheria >7+yrs | 90718 | |
| Td-Tetanus&diphtheria <6yrs | 90702 | |
| Toradol IM per 15mg | J1885 | |
| Vaccination Inj Fee | 90471 | |
| >2 Vaccination Inj Fee | 90472 | |
| Vistaril up to 25mg | J3410 | |
| Vitamin B12 up to 1000mcg | J3301 | |

| RADIOLOGY | CPT-4 | FEE |
|---|---|---|
| ABD 1V | 74000 | |
| ABD 2V | 74010 | |
| AC Joints | 73050 | |
| Ankle 2V | 73600 | |
| Ankle 3V | 73610 | |
| Cerv 2V | 72040 | |
| Cerv 2V-3V | 72050 | |
| Chest 1V | 71010 | |
| Chest 2V | 71020 | |
| Clavicle, complete | 73000 | |
| Elbow 2V | 73070 | |
| Elbow 3V | 73080 | |
| Facial 3V | 70150 | |
| Femur 2V | 73550 | |
| Finger 2V | 73140 | |
| Foot 2V | 73620 | |
| 3V | 73630 | |
| Forearm  2V | 73090 | |
| Hand 2V | 73120 | |
| 3V | 73130 | |
| Heel 2V | 73650 | |
| Hip 2V | 73510 | |
| Humerus 2V | 73060 | |
| Knee 1-2V | 73560 | |
| Knee 3V | 73562 | |
| Knee 4 or >V | 73564 | |
| Lumbar Spine 2-3V | 72100 | |
| Mandible Jaw 4V | 70110 | |
| Nasal Bones 3V | 70160 | |
| Orbitis 4V | 70200 | |
| Pelvis 1-2V | 72170 | |
| Ribs 2V | 71100 | |
| Sacrum/Coccyx 2V | 72220 | |
| Scapula | 73010 | |
| Shoulder 2V | 73030 | |
| Sinus-Waters VW | 70210 | |
| Sinus 3V | 70220 | |
| Skull 4V | 70260 | |
| Sternum 2V | 71120 | |
| Tib/Fib 2V | 73590 | |
| Toes 2V | 73660 | |
| T-Spine 2V | 72070 | |
| Wrist 2V | 73100 | |
| Wrist 3V | 73110 | |

| LABORATORY | | |
|---|---|---|
| Amylase | 82150 | |
| ANA | 86038 | |
| Basic Metabolic Panel | 80048 | |
| CBC + QBC* | 85027 | |
| Chlam/GC gen probe | 87800 | |
| Comp. Metabolic Panel | 80053 | |
| C-Reactive Protein | 86140 | |
| Digoxin Level | 80162 | |
| Fluorescent | 86255 | |
| Folic Acid | 82746 | |
| FSH | 83001 | |
| General Health Panel | 80050 | |
| Glucose (Quant.) | 82947 | |
| Glucose (Regent Strip) | 82948 | |
| HIV Antibody | 86701 | |
| Hemocult | 82270 | |
| Hepatic Function Panel | 80076 | |
| Acute Hepatitis Panel | 80074 | |
| Herpes Simplex, Probe | 87528 | |
| HgAIC | 83036 | |
| H. Pylori | 86677 | |
| KOH slide;skin,scab,etc. | 87220 | |
| Lead | 83655 | |
| LH | 83002 | |
| Lipid Panel | 80061 | |
| Lyme Disease | 86618 | |
| Mono | 86308 | |
| Pap Smear | 88150 | |
| Prolactin | 84146 | |
| Pregnancy Test/Urine | 81025 | |
| Pregnancy Test/Serum | 84703 | |
| PSA; Complexed (direct) | 84152 | |
| PSA; Total | 84153 | |
| Prothrombin Time | 85610 | |
| Rheum Factor | 86431 | |
| RMSF | 86790 | |
| RPR | 86592 | |
| Sed Rate/ ESR | 85652 | |
| Strep Screen | 87430 | |
| Testosterone, Free | 84402 | |
| Thyroid; Total | 84436 | |
| Thyroid; Free | 84439 | |
| TSH | 84443 | |
| Uric Acid | 84550 | |
| Urinalysis | 81002 | |
| Urinalysis w/Micro | 81000 | |
| Urine, C&S | 87086 | |
| Specimen Hand/Collection | 99000 | |
| Venipuncture | 36415 | |
| Wet Mount | 87210 | |
| Zinc | 84630 | |

| OFFICE SURGERY | | |
|---|---|---|
| Destruction, Benign/PreMalignant, Lesions | | |
| Benign Lsion - 1st | 17000 | |
| 2-14 Lesions | 17003 | |
| 15 or more Lesions | 17004 | |
| Wart Removal 0-15 | 17110 | |
| Paring or Cure./Wart or Callus | 11055 | |
| 2-4 Lesions | 11056 | |
| 4+ Lesions | 11057 | |
| Removal Skin Tags 0-15 | 11200 | |
| **Excision, Benign, Lesion** | | |
| Site: _____ Size: _____ 114 ___ | | |
| Incision & Removal FB | 10120 | |
| Punch Biopsy | 11100 | |
| Each Add'l. Lesion | 11101 | |

| I&D | | |
|---|---|---|
| Abscess-simple | 10060 | |
| Abscess-complex | 10061 | |
| Bursa | 27301 | |
| Ext. Hemorrhoid | 46320 | |
| Hematoma-simple | 10140 | |
| Sebaceous cyst | 10160 | |

| WOUND REPAIR | | |
|---|---|---|
| SIMPLE CLOSURE: HANDS/FEET | | |
| TRUNK/SCALP/EXT/GENITALIA/NECK | | |
| Up to 2.5cm | 12001 | |
| 2.6cm-7.5cm | 12002 | |
| FACE/EARS/NOSE/EYELIDS/LIPS | | |
| MUCOUS MEMBRANE | | |
| Up to 2.5cm | 12011 | |
| 2.6cm-5.0cm | 12013 | |
| LAYERED CLOSURE: SCALP/TRUNK | | |
| EXT/ NOT HANDS OR FEET | | |
| Up to 2.5cm | 12031 | |
| HANDS/FEET/NECK/GENITALIA | | |
| Up to 2.5cm | 12041 | |
| FACE/EARS/EYELIDS/NOSE | | |
| LIPS/MUCOUS MEMBRANES | | |
| Up to 2.5cm | 12051 | |
| NAILS | CPT | FEE |
| Evac nailbung hematoma | 11740 | |
| Repair nailbed simple | 11760 | |
| Ingrown toenail/wedge skin | 11765 | |
| Avulsion nail plate/single | 11730 | |

| EYE - EAR - NOSE | | |
|---|---|---|
| Ear Wash/Natural ear impact | 69210 | |
| Removal of FB - ear | 69200 | |
| Eye wash/Rem FB superficial | 65205 | |
| Rem FB Conj./scl. | 65210 | |
| Rem FB, embedded | 65220 | |

| ORTHOPEDIC SUPPLIES | | FEE |
|---|---|---|
| Ace Wrap, <3" | A6448 | |
| Ace Wrap, 3"-5" | A6449 | |
| Ace Wrap, 5"> | A6450 | |
| Ankle Brace | L1906 | |
| Ankle Splint | L4396 | |
| Arm Sling | A4565 | |
| Cervical Collar | L0120 | |
| Crutch (1) | E0113 | |
| Crutches (2) | E0112 | |
| Finger Splint Kit | A4570 | |
| Finger-Hand-Wrist Splint | L3800 | |
| Knee Immobilizer | L1830 | |
| Knee Support-Elastic knee cap | L1825 | |
| Post-Op Shoe | L3260 | |
| Rib Belt, Thoracic | L0210 | |
| Shoulder Immob | L3650 | |
| Tennis Elbow Splint | L3700 | |
| Wrist/Forearm Splint | L3908 | |

| SPECIAL PROCEDURES | | |
|---|---|---|
| Audiometry | 92552 | |
| Breath Alcohol Cont | 80102 | |
| Breath Alcohol Test. | 82075 | |
| Digital Block | 64450 | |
| EKG - Complete | 93000 | |
| Flow Volume Loop | 94375 | |
| Medical Records | 99080 | |
| Nebulizer Treat. | 94640 | |
| Resp. Fit Test | A4640 | |
| Spirometry | 94010 | |
| Tonometry | 92100 | |

| BURN CARE | | |
|---|---|---|
| Initial Tx-1st degree | 16000 | |
| Initial Tx-2nd degree | 16020 | |

| FB REMOVAL | | |
|---|---|---|
| Rem FB;Tissue,simple | 10120 | |
| Rem FB, complicated | 10121 | |

| JOINT BURSA | | |
|---|---|---|
| ARTHROCENTESIS/ASPIRATION/INJECTION | | |
| Intermediate Joint Inj | 20605 | |
| Inj, single tendon,ligament | 20550 | |
| Inj, Carpal, therapeutic | 20526 | |
| Major Joint Inj | 20610 | |
| Minor Joint Inj | 20600 | |
| Trigger Inj 1 or 2 muscle | 20552 | |
| Trigger Inj 3> muscles | 20553 | |

| OTHER PROCEDURES/SUPPLIES | | |
|---|---|---|

CO-PAY DUE $ _____
TODAY'S CHG. $ _____
CO-PAY PAID $ _____
ADJUSTMENT $ _____
TODAY'S PMT. $ _____
CURRENT BAL. $ _____
RETURN VISIT:
____ WKS. ____ MO. ____ AS NEEDED
____ FASTING ____ NON-FASTING

CK/MO # _____
MC/VISA _____  CASH ____
MC/VISA AUTH # _____
CHECKED OUT BY _____
DX: 1. LUMBOSACRAL STR
2. _TORSION_
3. _____
4. _____
PREV. BAL. > 61 days _____
RCV'D BY _____

| HISTORY | E-XAM | DECISION MAKING |
|---|---|---|
| 1. PROBLEM FOCUS | 5. PROBLEM FOCUS | 9. STRAIGHTFORWARD |
| 2. EXP PROBLEM | 6. EXP PROBLEM | 10. LOW COMPLEXITY |
| 3. DETAILED | 7. DETAILED | 11. MOD. COMPLEXITY |
| 4. COMPREHENSIVE | 8. COMPREHENSIVE | 12. HIGH COMPLEXITY |

COMMENTS: _____

PHYSICIAN SIGNATURE _____

IN THE CIRCUIT COURT FOR BLOUNT COUNTY AT MARYVILLE, TENNESSEE
LAW DIVISION

FAYE HUDSON and husband
WILLIAM HUDSON

Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
JOHN DOE

Defendants

FILED

JAN 1 0 2012

TOM HATCHER
CIRCUIT COURT CLERK

Civil Action No. L-17552
Judge David R. Duggan

## ANSWERS TO FIRST SET OF INTERROGATORIES AND REQUESTS FOR

## PRODUCTION OF DOCUMENTS TO PLAINTIFFS

Come now the Plaintiff, Faye Hudson and Answers the first set of Interrogatories and

request for production of documents as follows:

1. Please state the following for each Plaintiff:

     a. Full name;

     b. Date and place of birth;

     c. Social Security number;

     d. Current residence and mailing address (including P.O. boxes); and

     e. All residence and mailing addresses (including P.O. boxes for the last

ten (10) years.

Answers:

a. Faye Louise Hudson, William Hudson

b. 12-5-55 Key West Florida, 12-31-48 Beaufort, South Carolina

c. 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, 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

d. 208 Bob White Circle, Maryville, TN 37803

e. same address for twenty (20) years.

2. Please state the name, address, and telephone number of each individual who has supplied any information to Plaintiffs or their attorneys in connection with preparing:

a. The answers to these Interrogatories; and

b. The responses to State Farm's Request for Production of Documents to Plaintiffs.

For each person so identified, please specify the number of the Interrogatory or Request for Production for which the person provided the information.

Answer:

a. Marino Therapy Center, 1904 West Lamar Alexander Pkwy, Maryville TN, Park Med. Clinic- Armory Place, Alcoa TN #7 Motion to Produce

b. N/A- See above

c. Earnest Marion THP

3. Please state the name, address, and telephone number of all individuals who have or likely to have knowledge of discoverable information that relates to the matters in controversy between the parties herein and, for each individual identified, please state the subject matter of that information.

Answers:

Marino Therapy Center- Medical Treatment

Melissa Hixenbaugh

Andy Boyd

Earnest Marion Hwy Patrol- Info on Police Report

Park Med, Armory Place, Alcoa TN 37701, medical information.

4. Please identify each and every person who you intend to call as an expert witness at trial and, with respect to each such person, state completely and in detail.

    a. The expert's home address and business address;

    b. All qualification relied upon to establish the expert's expertise;

    c. The subject matter or matters upon which the expert is expected to testify;

    d. The substance of the facts and opinions to which the expert is expected to testify, including, but not limited to, detailed statements of all facts to be assumed by the expert in any hypothetical questions; and

    e. A summary of the grounds for each opinion.

Answers:

    a. Dr. Brent Webb, 117 Armory Place, Alcoa TN 37701.

    b. He is licensed as an M.D. in Tennessee.

    c. Information in medical records.

    d. That Plaintiff suffered an injury from a motor vehicle accident.

    e. Grounds for opinion is medical training, education, and experience.

    a. Mary Cawthorn- Therapists

    b. 1904 W. Lamar Alexander Pkwy, Maryville TN 37804

    c. Information in Therapy records as to injury of motor vehicle accident.

    d. That Plaintiff sustained injury in motor vehicle accident.

e. Grounds are education, training, and work experience.

5. Please identify and itemize all elements of damages, and provide the dollar amount for each, that Plaintiffs claim and for which recovery is sought in this case from State Farm. Please provide an explanation of how you computed each item of damages, including any mathematical formula used.

Answers:

Park Med          110.00- Paid by Plaintiff, Pain and Suffering still having medical treatment; 10,000.00; Future medical

Marino Therapy 1,388.00 Balanced owed

Paid Therapy     247.00 Paid by Plaintiff

6. Please state whether either Plaintiff has ever been arrested, indicted, or summoned for or convicted of a misdemeanor or felony. If so, please provide the following information for each:

a. Offense for which he or she was arrested, indicted, summoned, or convicted.

b. Date of such arrest, indictment, summons, or conviction;

c. The court in which the matter was handled;

d. The outcome of the matter; and

c. If a sentence of imprisonment was served, the date of release.

Answer:

None

7. Please identify ( by description if not by name) any and all person employed by or associated with State Farm with whom you spoke about any of your allegations or claims in this case or who you otherwise believe had any notice or knowledge of any

such allegations or claims. Please state specifically the substance of any and all such conversations.

Answers:

Dean Jarvis, Agent and his secretary, Carol, at 983-5579

Reported accident and injuries.

Kim Honey, Claim Processor, 877-236-5890, I was told to go to the doctor and State Farm would pay.

Aisleen Farless, 615-692-3262, I was told that I had 100,000 in uninsured motorist coverage and that the bills would be paid as part of the settlement.

8. Please state the names and addresses of all physicians, psychologist, specialist, hospitals, or other healthcare providers or facilities that rendered treatment for any reason to Plaintiff Faye Hudson within the ten (10) years preceding the date of the alleged accident.

Answer:

Park Med – Brent Webb , M.D. & others

9. Please state the names, address, and telephone numbers of Plaintiff Faye Hudson's regular family physician for the last ten (10) years preceding the date of the accident.

Answers:

Park Med, Alcoa, TN

10. Please provide a detailed description of the nature, extent, and duration of any and all injuries alleged to have been sustained by Plaintiff Faye Hudson in or as a result of the alleged accident.

1. Please produce each and every document to which you refer in your answers to the foregoing Interrogatories or which you relied upon in preparing your answers to the foregoing Interrogatories.

Response: Medical Records, Doctor Bills, and Police Report.

2. For any witness retained or specially employed to provide expert testimony on behalf of Plaintiff's, please produce the following:

a. Copies of any reports, documents, or notes containing a complete statement of all opinions to be expressed by each such witness;

b. Copies of the data or information considered by each such witness in forming such opinions;

c. Copies of the qualifications of each such witness;

d. A list of publication authorized by each such witness within the preceding ten (10) years;

e. Copies of all documents setting forth the compensation to be paid to each such witness; and

f. A listing of any other cases in which each such witness has testified as an expert at trial or by deposition within the preceding for (4) years.

Response:

a. Report attached for each

b. Not available

c. Not available

d. none known

e. none at this time

f. none in existence

3. Please produce each and every photograph, videotape, audiotape, or other visual or audio recording related to the matters at issue in this case that is in your possession, care, custody, or control.

Response:

None taken to my knowledge

4. Please produce all correspondence, memoranda, or other documentation (electronic, written, or otherwise) that Plaintiffs ever sent to or received from State Farm, including any of State Farm's present or former employees, officers, or directors.

Response:

Letters from State Farm- attached.

5. Please produce all correspondence, memoranda, or documents (electronic, written, or otherwise) that related to your allegation or claims in this case that you ever sent to or received from any other individual or entity not a party to this case.

Response:

N/A

6. Please produce any diary, notebook, calendar, or other document or item on or in which either or both Plaintiffs have written or recorded any information about their allegations and claim in this case.

Response: None exist- I gave an oral summary to my attorneys.

7. Please produce all bills, receipts, or other documents relating to the medical and other expenses Plaintiff Faye Hudson incurred as a result of injuries allegedly received in the alleged incident.

Response: Attached

_Faye Hudson_
Faye Hudson

STATE OF TENNESSEE
COUNTY OF BLOUNT

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, the within named _Faye Hudson_ , who acknowledged that she executed the foregoing instrument for the purposes therein contained.

WITNESS my hand and official seal on this _5_ day of _January_ , 2012

_Monte Russell_

NOTARY PUBLIC

My Commission Expires:

_6-3-14_

MONTE RUSSELL
STATE OF TENNESSEE
★ NOTARY ★
PUBLIC
COUNTY OF BLOUNT

## CERTIFICATE OF SERVICE

I certify that I have sent a true and correct copy of the above Interrogatories and Request for Documentation in the US mail on the _9_ day of _January_ 2011 to the office of Chad E. Wallace, PO Box 3038, Johnson City, TN 37602.

_F.D. Gibson III_

F.D. Gibson III

04/04/2010



| Master Record Number | 900090859 |
| Type of Crash: Injury-Possible | |
| Approved By | 181RH |

## *Tennessee Electronic Traffic Crash Report*

### Incident Information

| DateOfCrash 03/22/2010 | Day of Crash Monday | Local Agency Number THPTRAC | | Reporting Agency Name Tennessee Highway Patrol | | Agency Tracking Number 110008655 | |
|---|---|---|---|---|---|---|---|
| Time of Crash 14:35 | Time Notified 14:40 | Time Arrived 14:40 | | County Blount | | City Eagleton Village | |
| Total Vehicles 2 | Total Occupants 2 | Total Non-Occupants 0 | | Total Killed 0 | Total Injured 1 | Total Uninjured 1 | |
| Hit and Run Y | Solved? N | Police Pursuit N | School Bus Involved? No | Photos Taken? N | By Not Applicable | Photographer Name | |
| Area Not Applicable | | Interchange Related? N | | Intersect Type Not at Intersection | | | |

| Block Number | Roadway Number SR033 | | Roadway Name OLD KNOXVILLE | | | | Suffix HWY |
| Est Distance 200.00 | Distance Type Feet | Direction South | From Highway Number/Intersection OLD KNOXVILLE | | Suffix PIKE | Intersect Number | Mile Marker |
| Roadway Local ID | | | | Intersect Local ID | | | |
| Relation to Junction Non-Junction | | | Relation to Roadway On Roadway | | | Route Signing State Route | |
| Work Zone None | | | Construction Zone | | | | |
| Construction Location | | | Workers Present | | | | |
| First Harmful Event Motor Vehicle-In-Transport On Same Roadway | | | Trafficway Type Trafficway-OPEN | | | | |
| Weather Conditions Cloudy | | Light Conditions Daylight | | Latitude | Longitude | Rail Crossing ID | |
| Manner of Collision Front to Rear | | | | | | | |
| 1st Collision Factor | | 2nd Collision Factor | | 3rd Collision Factor | | | |

### Investigating Officer Details

| Investigation Complete N | Rank TROOPER | First Name EARNEST | Middle Initial L | Last Name MARION | | Suffix JR |
| Badge Number 382EM | District/Zone KNOXVILLE | Car Number 1157 | | Report Date 03/26/2010 | | |

1

## Driver Information

| Vehicle Number | | No. of Occupants 1 | | Driver Presence Driver Operated |
|---|---|---|---|---|

| First Name FAYE | | Middle Initial LOUISE | Last Name HUDSON | | Suffix | Date of Birth 12/05/1955 | Age 54 |
|---|---|---|---|---|---|---|---|

| Address Line 1 208 BOBWHITE CIRCLE | Address Line 2 | | City MARYVILLE | | State TN | Zip Code 37803 |
|---|---|---|---|---|---|---|

| Phone 1 8659780397 | Phone 2 | Phone 3 | Race Caucasian | Ethnicity White | Gender F | Air Bag AirBag Available-No Deployment |
|---|---|---|---|---|---|---|

**Safety Equipment** Shoulder And Lap Belt Used

| Drivers License Number 075603053 | License State TN | Expiration Date 2010 | License Class D | License Status Valid | | Seat Position Front Seat-Left Side |
|---|---|---|---|---|---|---|

| Endorsements 1 | Complied With? | Endorsements 2 | | Complied With? | Endorsements 3 | | Complied With? |
|---|---|---|---|---|---|---|---|
| Restrictions 1 | Complied With? | Restrictions 2 | | Complied With? | Restrictions 3 | | Complied With? |

| Ejected Not Ejected | Ejection Path Not Ejected | | Trapped/Extricated Not Trapped | |
|---|---|---|---|---|

| Injury Code Possible Injury | Medical Transport Not Transported | Ambulance/Hospital |
|---|---|---|

## Driver Conditions and Actions

| Hit and Run? No Hit And Run | Driver/Vehicle Maneuver Going Straight | Distraction None |
|---|---|---|
| Driver's 1st Condition Appeared Normal | Driver's 2nd Condition | Driver's 3rd Condition |

| Driver's 1st Action None | Driver's 2nd Action |
|---|---|
| Driver's 3rd Action | Driver's 4th Action |

## Alcohol and Drugs

| Presence of Alcohol No | Determination Method Observed | Alcohol Test Status Test Not Given |
|---|---|---|
| 1st Alcohol Test Type Not Tested | 1st Alcohol Test Result None Given | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
| Presence of Drugs No | Determination Method Observed | Drug Test Status Test Not Given |
| 1st Drug Test Type Not Tested For Drugs | 1st Drug Test Result No Drug Reported | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

## Vehicle Information

| Owner Same as Driver? Y | Owner First Name FAYE | Owner Middle Name LOUISE | Owner Last Name HUDSON | Owner Suffix |
|---|---|---|---|---|

| Street 1 208 BOBWHITE CIRCLE | Street 2 | City MARYVILLE | State TN | Zip Code 37803 | Phone Number 1 8659780397 |
|---|---|---|---|---|---|

| Phone Number 2 | Phone Number 3 | Vehicle Year 2001 | Vehicle Make CHEV | Vehicle Model BLAZ | Color White |
|---|---|---|---|---|---|

| VIN 1GNDT13W112230674 | License Plate Number 676 HMB | State Tennessee | Exp Year 082010 | Body Code Compact Utility |
|---|---|---|---|---|

| HAZMAT? N | FMCSA Reportable? N | Bus Use Not Used As School Bus | Unit Type Motor Vehicle In-Transport |
|---|---|---|---|

| Gross Weight 10000 or Less-No Haz-8 Or Less | Vehicle Configuration |
|---|---|

| Vehicle Operation Type Personally Owned/Used | Cargo Body Type |
|---|---|

| 1st Factor NONE | 2nd Factor | 3rd Factor |
|---|---|---|

| Insurance 1 042 3449D1542D | Insurance 1 Type Vehicle | Insurance 1 Carrier STATE FARM | Insurance 1 Start Date 04/15/2009 | Insurance 1 End Date 10/05/2009 |
|---|---|---|---|---|
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |

2

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | | Emergency Use? | Over Underride | Fire in Vehicle? |
|---|---|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | N | No Underride-Override | N |

| Events 1 | Events 2 | Events 3 |
|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | |

| Events 4 | Events 5 | Events 6 |
|---|---|---|
| | | |

| Point of First Impact | Extent of Damage | Officer Damage Estimate |
|---|---|---|
| Rear End | Minor Damage | Greater Than 400 Dollars |

| Areas of Vehicle Damage |
|---|
| Rear End |

| Vehicle Special Use | Towed? | Towed Where? | 1st Trailer | 1st Trailer Licence Plate Information |
|---|---|---|---|---|
| No Special Use | Driven From Scene | | No Trailer | |

| 2nd Trailer | 2nd Trailer Licence Plate Information | 3rd Trailer | 3rd Trailer Licence Plate Information |
|---|---|---|---|
| | | | |

| Travel Direction | Traveling On |
|---|---|
| North | OLD KNOXVILLE HIGHWAY |

| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes |
|---|---|---|
| Two-Way Not Divided | Asphalt | Two Lanes |

| Trafficway Hazards |
|---|
| None |

| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing |
|---|---|---|
| No Control | No Controls | State Route |

| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile |
|---|---|---|
| Dry | Straight | Level |

| Speed Limit | Access Control |
|---|---|
| 40 | No Control |

## Commercial Carrier Information

| US DOT | Carrier Name | | Carrier Type | ICC MC | TN DOS |
|---|---|---|---|---|---|
| | | | | | |

| Address Line 1 | Address Line 2 | City | State | Zip Code | Phone |
|---|---|---|---|---|---|
| | | | | | |

| 1st Hazardous Materials | HAZMAT Class | Placard? | Placard # | Released? | Hazardous Materials Released |
|---|---|---|---|---|---|
| | | | | | |

| 2nd Hazardous Materials | HAZMAT Class | Placard? | Placard # | Released? | Hazardous Materials Released |
|---|---|---|---|---|---|
| | | | | | |

| 3rd Hazardous Materials | HAZMAT Class | Placard? | Placard # | Released? | Hazardous Materials Released |
|---|---|---|---|---|---|
| | | | | | |

3

| Vehicle Number | No. of Occupants | Driver Presence |
|---|---|---|
| | | Driver Operated |

## Driver Information

| First Name | | Middle Initial | Last Name | | Suffix | Date of Birth | Age |
|---|---|---|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | | City | | State | Zip Code |
| Phone 1 | Phone 2 | Phone 3 | Race | Ethnicity | Gender | Air Bag | |
| Safety Equipment | | | | | | | |

| Drivers License Number | License State | Expiration Date | License Class | License Status | | Seat Position |
|---|---|---|---|---|---|---|

| Endorsements 1 | Complied With? | Endorsements 2 | Complied With? | Endorsements 3 | Complied With? |
|---|---|---|---|---|---|
| Restrictions 1 | Complied With? | Restrictions 2 | Complied With? | Restrictions 3 | Complied With? |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Injury Code | Medical Transport | Ambulance/Hospital | |

## Driver Conditions and Actions

| Hit and Run? Driver And Vehicle Left Scene | Driver/Vehicle Maneuver Going Straight | Distraction |
|---|---|---|
| Driver 's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
| Driver's 1st Action | | Driver's 2nd Action |
| Driver's 3rd Action | | Driver's 4th Action |

## Alcohol and Drugs

| Presence of Alcohol | Determination Method | Alcohol Test Status | |
|---|---|---|---|
| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
| Presence of Drugs | Determination Method | Drug Test Status | |
| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

## Vehicle  Information

| Owner Same as Driver? | Owner First Name | Owner Middle Name | Owner Last Name | Owner Suffix |
|---|---|---|---|---|
| Street 1 | Street 2 | City | State | Zip Code | Phone Number 1 |
| Phone Number 2 | Phone Number 3 | Vehicle Year | Vehicle Make | Vehicle Model | Color Beige |
| VIN | License Plate Number NONE | State | Exp Year | Body Code Four-Door Sedan Hardtop | |

| HAZMAT? N | FMCSA Reportable? N | Bus Use Unknown Bus Use | Unit Type Motor Vehicle In-Transport |
|---|---|---|---|
| Gross Weight Unknown | | Vehicle Configuration | |
| Vehicle Operation Type Personally Owned/Used | | Cargo Body Type | |
| 1st Factor Unknown | 2nd Factor | 3rd Factor | |

| Insurance 1 | Insurance 1 Type No Insurance | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |

4

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | | Emergency Use? | Over Underride | | Fire in Vehicle? |
|---|---|---|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | N | No Underride-Override | | N |

| Events 1 | | Events 2 | Events 3 |
|---|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | | |

| Events 4 | | Events 5 | Events 6 |
|---|---|---|---|
| | | | |

| Point of First Impact | Extent of Damage | Officer Damage Estimate |
|---|---|---|
| Unknown | Unknown | Unknown |

| Areas of Vehicle Damage |
|---|
| Unknown |

| Vehicle Special Use | Towed? | Towed Where? | 1st Trailer | 1st Trailer Licence Plate Information |
|---|---|---|---|---|
| Unknown | Driven From Scene | | No Trailer | |

| 2nd Trailer | 2nd Trailer Licence Plate Information | 3rd Trailer | 3rd Trailer Licence Plate Information |
|---|---|---|---|
| | | | |

| Travel Direction | Traveling On |
|---|---|
| North | OLD KNOX HIGHWAY |

| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes |
|---|---|---|
| Two-Way Not Divided | Asphalt | Two Lanes |

| Trafficway Hazards |
|---|
| None |

| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing |
|---|---|---|
| No Control | No Controls | State Route |

| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile |
|---|---|---|
| Dry | Straight | Level |

| Speed Limit | Access Control |
|---|---|
| 40 | No Control |

## Commercial Carrier Information

| US DOT | Carrier Name | | Carrier Type | ICC MC | TN DOS |
|---|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | City | State | Zip Code | Phone |
| 1st Hazardous Materials | | HAZMAT Class | Placard? | Placard # | Released? | Hazardous Materials Released |
| 2nd Hazardous Materials | | HAZMAT Class | Placard? | Placard # | Released? | Hazardous Materials Released |
| 3rd Hazardous Materials | | HAZMAT Class | Placard? | Placard # | Released? | Hazardous Materials Released |

## Narrative

VEHICLE 1 WAS TRAVELING NORTH ON SR 33 AT THE TIME OF THE CRASH. VEHICLE 2 WAS FOLLOWING IMPROPERLY AND HIT 1 IN THE REAR. BOTH VEHICLES PULLED OFF THE ROAD TO LOOK AT THE DAMAGE. THE DRIVER OF 2 A WHITE MALE STATED THAT HIS CAR WAS ALL RIGHT DESPITE DAMAGE AND INSISTED THAT SHE NOT NOTIFY 911. VEHICLE 2 THEN FLED THE SCENE. VEHICLE 1 CONTINUED TO MY PRESENT LOCATION TO REPORT THE HIT AND RUN.

5



Reporting agent: JARVIS, DEAN       Agent code: 42-2154     Agent phone: (865) 983-5579     Alias:IGU9
Claim#: 42-2357-947                                          Claim office: CLM CENTRAL-AUTO TN SO CENT
Claim rep: TEAM 90, PROCESSOR                                Claim rep phone: 888-898-6710

INSURED
        Coverages: A 100/300/50, C1000, D500, G500, H, R1, U1 100/300/50
        Policy number: 042 3449-D15-42D                Insured: HUDSON,WILLIAM AND FAYE

        Date of loss: 03-22-10              Address: 208 BOBWHITE CIR
        Time of loss:   :  M                   City: MARYVILLE          St: TN  Zip: 37803-6501
        Date reported: 03-26-1?             Phone: H 865-789-3204
                                            Contact:

        Location of loss: BROADWAY                                 City: MARYVILLE      St: TN

VEHICLE 1
        Insured vehicle/year/make/model/bodystyle): 01 CHEVROLET BLAZER SPORT WG
              VIN: 1GNAT13W112230674   License number/state:          /          Involved in loss? YES
        Prior damage:                                                         Driveable: NO
        Principal damage: REAR

        Driver: HUDSON, FAYE

        Age:        Date of birth:   -  -   Sex:
        Injuries: NECK & BACK

FACTS
     FAYE WAS TRAVELING ON BROADWAY AND STOPPED SUDDENLY;DUE TO VEH MAKING LEFT      Police report made? YES
     TURN TRAVELING IN OPPOSITE DIRECTION. VEH#2 DIDN'T GET STOPPED & REAR ENDED     Dept where reported: THP
     VEH#1. BOTH VEH#1 & VEH#2 PULLED INTO NEAR-BY TEXACO PARKING LOT. DRIVER OF     Report number:
     VEH#2 GOT OUT OF HIS VEH AND CAME OVER TO FAYE'S VEH. WHEN SHE STARTED TO CALL
     911 HE STATED HE NEEDED TO GET SOMETHING FROM HIS VEH AND HE LEFT THE SCENE
     FAYE GOT HIS LICENSE PLATE NUMBER & GAVE TO 911 DISPATCHER.

        Insured violation?      Describe:
        Claimant violation?     Describe:
OTHER PARTIES TO THE LOSS
        Veh No. 1    Name: WEST CHEVROLET, INC.       Address: 3450 AIRPORT HWY          Facility ID = 12X9
                                                          City: ALCOA          St: TN  Zip: 37701-3236
                                                         Phone: B 865-970-9378  Ext:        -   -        Ext:
                                                                                Party type: SELECT SERVICE
        Comments:

Remarks:
     FAYE IS IN RENTAL FROM ENTERPRISE.



3/23/2010
Report



**State Farm®**
Providing Insurance and Financial Services
Home Office, Bloomington, Illinois 61710

November 12, 2010

FAYE HUDSON
208 BOBWHITE CIR
MARYVILLE, TN 37803-6501

Mid America eMed Office
P.O. BOX 20707
MURFREESBORO, TN 37129-0088

RE:   Claim Number:   42-2357-947
      Date of Loss:   3/22/2010
      Our Insured:   HUDSON, WILLIAM AND FAYE

Dear FAYE HUDSON:

It has been reported that you were recently injured in a motor vehicle accident. The policy provides Medical Payments Coverage for reasonable expenses for necessary medical treatment resulting from the accident. The expenses are covered for three years from the date of the accident for bodily injury, provided the injury is discovered and treated within one year of the accident date, up to a limit of $1,000.00.

To assist us in processing your claim, please sign the enclosed medical authorization and claim information form and return it to us in the self-addressed, prepaid envelope which is enclosed. If the injured person is a minor, the minor's parent(s) or legal guardian(s) should sign the medical authorization.

In the event we make a payment to you on your behalf under your medical payments coverage for bodily injury caused by someone who may be legally liable, we are entitled to reimbursement of our payment. Should we make payment on your behalf, we require that you take no action that might jeopardize our right of subrogation and request you advise us prior to settlement with any person or organization legally responsible for your injury.

Please retain this letter for your personal records, as it identifies both your claim handler and your claim number. This information will enable us to promptly process your claim and help answer any inquiry you may have regarding this matter.

Sincerely,

*Kim Honey*

Kim Honey
Claim Processor
(877) 236-5890

State Farm Mutual Automobile Insurance Company

State Farm Insurance Companies 

P.O. BOX 20707
Murfreesboro, TN 37129

November 18, 2010

Faye Hudson
208 Bobwhite Cir
Maryville, TN 37803-6501


RE:  Claim Number:  42-2357-947
     Date of Loss:  March 22, 2010
     Our Insured:  Faye Hudson

Dear Mrs. Hudson:

Enclosed please find an Authorization to Provide Information and
Provider List.  Please sign both forms and return to us.  If the
injured party is a minor, the minor's parent(s) or legal
guardian(s) should sign the medical authorization.


A return envelope is enclosed for your convenience.

Thank you for your cooperation.

Sincerely,

Aisleen Farless
Claim Representative
(615) 692-3262

State Farm Mutual Automobile Insurance Company

Enc.  Authorization to Provide Information
      and Provider List
      Envelope

For your insurance and financial needs, please contact an agent
or visit statefarm.com.

# State Farm Insurance Companies



P.O. BOX 20707
Murfreesboro, TN 37129

January 17, 2011

Faye Hudson

208 Bobwhite Cir
Maryville, TN 37803-6501

RE:  Claim Number:  42-2357-947
     Date of Loss:  March 22, 2010
     Our Insured:  Faye Hudson

Dear Mrs. Hudson:

Please be advised the one-year Statute of Limitations, as provided by Tennessee state law, expires for your claim on March 22, 2011  This means you will not be able to maintain a cause of action for your bodily injury claim after March 22, 2011 if your claim has not been concluded or if you have not filed suit against our insured by that date.

If you would like to discuss your claim, please call us.  Our office hours are 8:30 a.m. to 5:00 p.m. CST Monday-Friday.

Sincerely,

Aisleen Farless
Claim Representative
(615) 692-3262

State Farm Mutual Automobile Insurance Company

HOME OFFICES:  BLOOMINGTON, ILLINOIS 61710-0001

# Patient Statement Inquiry

## Patient : 27191 - Hudson,Faye

| Date | Description | | Units | Amount |
|------|-------------|---|-------|--------|
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -78.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -78.00 |
| 03-11-2011 | Discount | Discount of $134.00 for DOS 03/07/2011-03/07/2011. | | -134.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 04-04-2011 | Statement | Statement of Account printed 04-04-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 04-06-2011 | Statement | Statement of Account printed 04-06-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 05-03-2011 | Statement | Statement of Account printed 05-03-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| | | Total Charges on Account: | | 2259.00 |
| | | Total Payments on Account: | | -325.00 |
| | | Total Discounts on Account: | | -546.00 |
| | | Total Account Adjustments: | | 0.00 |
| | | Total Account Charge Reversals: | | 0.00 |
| | | Account Balance Due: | | 1388.00 |

Case 3:12-cv-00083-RLJ-HBG   Document 1-1   Filed 02/21/12   Page 64 of 96   PageID #: 68

# Patient Statement Inquiry

### Patient : 27191 - Hudson,Faye

| Date | Code | Description | Units | Amount |
|---|---|---|---|---|
| 01-19-2011 | 97001 | Phys Therapy Eval | 1.00 | 188.00 |
| | 97014 | E-stim Unat | 1.00 | 29.00 |
| 01-24-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 2.00 | 118.00 |
| | 97530.59 | Funct Activity | 1.00 | 59.00 |
| 01-26-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 3.00 | 177.00 |
| 02-01-2011 | 97035 | U.S. | 1.00 | 59.00 |
| | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 1.00 | 59.00 |
| 02-02-2011 | Statement | Statement of Account printed 02-02-2011 | | |
| 02-07-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-10-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-11-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-23-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-25-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-25-2011 | Payment | Patient paid $78.00 for DOS 02/23/2011-02/23/2011 via check # 1328, Batch # meryville022511. | | -78.00 |
| 02-28-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-28-2011 | Payment | | | 0.00 |
| 02-28-2011 | Payment | | | 0.00 |
| 02-28-2011 | Discount | self pay  Discount of $214.00 for DOS 02/11/2011-02/23/2011. | | -115.00 |
| 02-28-2011 | Discount | self pay  Discount of $214.00 for DOS 02/11/2011-02/23/2011. | | -99.00 |
| 02-28-2011 | Discount | Discount of $198.00 for DOS 02/25/2011-02/28/2011. | | -99.00 |
| 02-28-2011 | Discount | Discount of $198.00 for DOS 02/25/2011-02/28/2011. | | -99.00 |
| 03-02-2011 | Statement | Statement of Account printed 03-02-2011 Patient Balance: $247.00 Insurance Balance: $1,286.00 Statement Type: 8 | | |
| 03-07-2011 | 97140 | Manual.Ther | 2.00 | 118.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 03-11-2011 | Payment | | | 0.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336,Batch #MAIL031111. | | -91.00 |

Case 3:12-cv-00083-RLJ-HBG   Document 1-1   Filed 02/21/12   Page 65 of 96   PageID #: 69

# Patient Statement Inquiry

## Patient : 27191 - Hudson,Faye

| Date | Type | Description | | Amount |
|------|------|-------------|---|--------|
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336. Batch #MAIL031111. | | -78.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336. Batch #MAIL031111. | | -78.00 |
| 03-11-2011 | Discount | Discount of $134.00 for DOS 03/07/2011-03/07/2011. | | -134.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 04-04-2011 | Statement | Statement of Account printed 04-04-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 04-06-2011 | Statement | Statement of Account printed 04-06-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 05-03-2011 | Statement | Statement of Account printed 05-03-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| | | Total Charges on Account: | | 2259.00 |
| | | Total Payments on Account: | | -325.00 |
| | | Total Discounts on Account: | | -546.00 |
| | | Total Account Adjustments: | | 0.00 |
| | | Total Account Charge Reversals: | | 0.00 |
| | | Account Balance Due: | | 1388.00 |

Case 3:12-cv-00083-RLJ-HBG   Document 1-1   Filed 02/21/12   Page 66 of 96   PageID #: 70



AMORY PLACE MEDICAL CENTER
117 GILL STREET
ALCOA, TN 37701

OFFICE VISIT NOTES

P 865.982.3409
F 865.977.9844

Name **Faye Hudson**    DOB **12-5-55** Sex M (F)    Date **1-18-11**    Time **10:10**

| | REVIEWED | UPDATED |
|---|---|---|
| PM/F/S/HX. | ☐ | ☐ |
| Vital Signs | ☐ | ☐ |
| Meds. List | ☐ | ☐ |

**CC** Ref. to PT - MVA in Mar. injured
(R) hip, lower back

MD/LPN

**HPI** pt was restrained driver in Chevy Blazer, got rear-ended and was a bit a/d rem. c/o (R) leg (R) hip / lower back pain, hx pt hasn't seen a doctor since MVA in 3/2010.

ALLERGIES: Pcn

LMP _____
Last Tetanus _____
Tobacco _____ / day _____ / yrs.
ETOH _____ / wk.
Illicit Drugs  Y  N
PCP:

**ROS**
visual changes, wt. loss/gain, chest pain, abd pain/cramping, flank pain, headache, joint pain/swelling, rash
nasal congestion, night sweats, palpitations, nausea/vomiting, dysuria, dizziness, muscle aches, mole changes
hearing loss, SOB/cough, orthopnea/PND, diarrhea/constipation, polyuria, LOC/fall, insomnia, new lump
sore throat, hemoptysis, leg swelling, heartburn/jaundice, hematuria, seizure, stress/depressed, TB exposure
post-nasal drip, wheezing, exertional leg pain, blood in stool, incontinence, memory chg, mood chg, sexual dysfxn
murmur, indigestion, nocturia, paralysis, heat/cold intolerance, vaginal d/c

**PHYSICAL EXAMINATION** ☐ = positives / = negatives

☐ **Normal**   **General**
Vitals Stable   Alert   Orient x 3   Acute Distress
Pain Rating _____/10   NC/AT

☐ **Normal**   **HEENT**
Eyes (PERRL   EOMs   Conj.   Fund.   Fluorosc.)
Sinus Tend. (Max / Front)   Nodes   Thyroid

☑ **Normal**   **Ears / Nose / Throat**
Ears (TMs   Canals   Nose (Mucosa   Turbs)
O/P (Red   Tonsils   Exud.   PND)

☑ **Normal**   **Cardiovascular**
Rate   Rhythm   Murmur   Gallop
JVD   Edema   Pulses   Carotid Bruit

☑ **Normal**   **Respiratory**
Unlabored Breathing   Lungs CTA   Percussion
Wheezes   Rhonchi   Crackles

☐ **Normal**   **GI / Abdomen**
NL BS   Tender _____ Mass   HSM
Bruit   Pulsation   Scar   Hernia   Hemorrh. (Ext / Int.)

☐ **Normal**   **GU / Pelvis**
CVA   Breasts   Genitals (Pen. / Vag.)   Cervix   CMT
Adnexae   Rectal   Hemoccult ( - + )   Prostate

☐ **Normal**   **Musculoskeletal**
Neck / Back (ROM   Tend.)   Extremity / Joints (ROM
SLRs ( R  L )   Gait   Heel / Toe Walk

☐ **Normal**   **Neuro / Psych**
CN II – XII   Rhomberg   DTRs ( UE  LE)   A+O = 3
Sensory   Motor   Tremor   Affect   Speech

☐ **Normal**   **Skin / Lymph**
Pale   Red   Rash   Ecchymosis   Lesion   Nails
Nodes ( Neck   Axilla   Groin   Other _____ )

**EXAM NOTES / DIAGRAMS**

M/S - (R) ASIS ↑ 1/2" and
(R) leg ↑ 1/2" c̄ pain
on the (R) side of
lumbar / sacral area
p̄ OMT - legs / ASIS
were level.

NEURO (R) SLRⓇ
(R) DTR's 2/4 UE LE

Injection(s):

**ASSESSMENT/PLAN**
(R) lumbosacral torsion
MVA

(P) OMT to (R) SI joint c̄ success

Naproxen 500mg ↓ BID #60 x 2RF

Flexeril 10mg ↓ TID prn #30 NRF.

Consider PT & CT Scan if pain persists

**DISCHARGE INSTRUCTIONS**
☐ Call/RTC if symptoms worsen or don't improve in _____ days/_____ weeks
☐ RTC in _____ days/weeks
☐ To ED if symptoms worsen
☐ Tylenol/Ibuprofen
☐ Rest, Ice, Compression, Elevate
☐

☐ Follow-up Lab(s) _____ wks/_____ months
☐ Referral(s) to: _____
    for diagnosis of: _____
☐ Scheduled Outpt. Testing: _____
    for diagnosis of _____
    at: _____

| LAB | | X-RAY |
|---|---|---|
| UA / C&S | Mono | ☐ |
| CBC | Gen Probe (Chla / GC) | ☐ |
| BMP | RPR | ☐ |
| CMP | Herpes AB | ☐ |
| Hepatic | PT/INR | EKG |
| TSH | Hepatitis Panel | Spirometry |
| Free T4 | Pap | Pulse Ox: |
| HgbA1C | Wet Mount | Other: |
| ANA | PG (urine/serum) | |
| RF | Testosterone | |
| Sed Rate | FSH | |
| CRP | Estradiol | |
| Uric Acid | Other: | |
| FSBS | | |
| Strep ( + - ) | | |
| Flu ( + - ) | | |

Provider's Signature _Brent Webb DO_

Date 1/18/11

# PARK MED URGENT CARE CENTER

NP/PA

For Billing Inquiries:
Call: (865) 292-3000
or mail to:
P.O. Box 52552
Knoxville, TN 37950
ID # 62-1609262

**PLEASE RETURN THIS FORM TO THE RECEPTIONIST**

Initials _BI_

PATIENT NAME _Eric Hudson_   BIRTHDATE _12-5-55_   PHYSICIAN _Self_

SS # _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_   INS./COMPANY _____   LOCATION _Blount_

DATE _1-19-11_   Time: In ___ AM/PM   Out ___ AM/PM   Size: ___ 114 ___

| OFFICE SERVICES (NEW PATIENT) (NEED 3 OF 3 KEY COMPONENTS) | | | RADIOLOGY | CPT-4 | FEE |
|---|---|---|---|---|---|
| Focused | 1-5 | 99201 | ABD 1V | 74000 | |
| Expanded | 2-6 | 99202 | ABD 2V | 74010 | |
| Detailed | 3-7 | 99203 | AC Joints | 73050 | |
| Comp/Mod | 4-8 | 99204 | Ankle 1V | 73600 | |
| Comp/High | 4-8 | 99205 | Ankle 3V | 73610 | |
| Camp/Sport/School/Phys. | | | Cerv 2V | 72040 | |
| Ages 0 mo.-11 mo. | | 99381 | Cerv 2V-3V | 72050 | |
| Ages 1-4 | | 99382 | Chest 1V | 71010 | |
| Ages 5-11 | | 99383 | Chest 2V | 71020 | |
| Ages 12-17 | | 99384 | Clavicle, complete | 73000 | |
| Ages 18-39 | | 99385 | Elbow 2V | 73070 | |
| Ages 40-64 | | 99386 | Elbow 3V | 73080 | |
| Ages 65+ | | 99387 | Facial 3V | 70150 | |
| Physical Exam (MC Only 1st visit) | | G0344 | Femur 2V | 73550 | |
| EKG (MC Only-1st visit) | | G0366 | Finger 2V | 73140 | |
| | | | Foot 2V | 73620 | |

| OFFICE SERVICES (ESTABLISHED) (NEED 2 OF 3 KEY COMPONENTS) | | | | | |
|---|---|---|---|---|---|
| Focused | 1-5 | 99212 | 3V | 73630 | |
| Expanded | 2-6-10 | 99213 | Forearm, 2V | 73090 | 110 |
| Detailed | 3-7-11 | 99214 | Hand 2V | 73120 | |
| Comp/High | 4-8-11 | 99215 | 3V | 73130 | |
| Non-Dr (Nurse/Lab) | | 99211 | Heel 2V | 73650 | 110 |
| (BP/WT CK/INJ) | | | Hip 2V | 73510 | |
| Post-Op Visit N/C | | 99024 | Humerus 2V | 73060 | |
| Camp/Sport/School/Phys. | | | Knee 1-2V | 73560 | |
| Ages 0 mo.-11 mo. | | 99392 | Knee 3V | 73562 | |
| Ages 1-4 | | 99392 | Knee 4 or >V | 73564 | |
| 5-11 | | 99393 | Lumbar Spine 2-3V | 72100 | |
| 12-17 | | 99394 | Mandible Jaw 4V | 70200 | |
| 18-39 | | 99395 | Nasal Bones 3V | 70160 | |
| 40-64 | | 99396 | Orbitis 4V | 70200 | |
| 65+ | | 99397 | Pelvis 1-2V | 72170 | |
| DOT | | 99455 | Ribs 2V | 71100 | |
| Company Physical #1 | | 99455 | Sacrum/Coccyx 2V | 72220 | |
| | | | Scapula | 73010 | |

| DRUG SCREENS | CPT | FEE | Shoulder 2V | 73030 | |
|---|---|---|---|---|---|
| Collection Only | 99001 | | Sinus-Waters VW | 70210 | |
| Collection w/Screen | 99001 | | Skull 4V | 70260 | |
| Drug Confirmation | 80100 | | Sternum 2V | 71120 | |
| Drug Screen-DOT | 80100 | | Tib/Fib 2V | 73590 | |
| Drug Screen-NON DOT | 80100 | | Toes 2V | 73660 | |
| MRO | 99499 | | T-Spine 2V | 72070 | |
| Tissue/Hair Sample | 80103 | | Wrist 2V | 73100 | |
| Triage Test | 80101 | | Wrist 3V | 73110 | |

| INJECTIONS/DRUGS | | | INJECTIONS/DRUGS | | |
|---|---|---|---|---|---|
| Allergy, single inj | 95115 | | Lasix up to 20mg | J1940 | |
| Allergy, 2> inj | 95117 | | Levsin up to 0.25mg | J1980 | |
| Benadryl up to 50mg | J1200 | | Lyme | 90665 | |
| Bicillin up to 1,200,000 units | J0540 | | MMR | 90707 | |
| Celestone per 4mg | J0704 | | Norflex up to 60mg | J2360 | |
| Compazine up to 10mg | J0780 | | OPV | 90712 | |
| Decadron 4 mg | J1100 | | Phenergan up to 50mg | J2550 | |
| Decadron LA 8mg | J1094 | | Pneumonia Vaccine | 90732 | |
| Delestrogen up to 20mg | J1390 | | PPD | 86580 | |
| Demerol per 100 mg | J2175 | | Rocephin 250 mg | J0696 | |
| Depo-Medrol 40mg | J1030 | | Solu-Medrol up to 40mg | J2920 | |
| Depo-Provera 150 mg | J1055 | | Stadol 1 mg | J0595 | |
| DTP | 90701 | | Testosterone up to 100mg | J1070 | |
| Epinephrine 1 ml | J0170 | | Testosterone 1cc, 200mg | J1080 | |
| Estradiol | 82670 | | Tetanus Toxoid | 90703 | |
| Flu Vaccine | 90658 | | Tdap | 90715 | |
| Gentamycin up to 80mg | J1580 | | Td-Tetanus&diphtheria >7+yrs | 90718 | |
| Hepatitis B (3 Series) | | | Td-Tetanus&diphtheria <6yrs | 90702 | |
| Age 0 - 19 yrs. | 90744 | | Toradol IM per 15mg | J1885 | |
| Age 20 > | 90746 | | Vaccination Inj Fee | 90471 | |
| HIB | 90646 | | >2 Vaccination Inj Fee | 90472 | |
| Imitrex, up to 6mg | J3030 | | Vistaril up to 25mg | J3410 | |
| Kenolog per 10mg | J3301 | | Vitamin B12 up to 1000mcg | J3420 | |

| LABORATORY | | |
|---|---|---|
| Amylase | 82150 | |
| ANA | 86038 | |
| Basic Metabolic Panel | 80048 | |
| CBC • CBC* | 85027 | |
| Chlam/GC gen probe | 87800 | |
| Comp. Metabolic Panel | 80053 | |
| C-Reactive Protein | 86140 | |
| Digoxin Level | 80162 | |
| Fluorescent | 88255 | |
| Folic Acid | 82746 | |
| FSH | 83001 | |
| General Health Panel | 80050 | |
| Glucose (Quant.) | 82947 | |
| Glucose (Regent Strip) | 82948 | |
| HIV Antibody | 86701 | |
| Hemocult | 82270 | |
| Hepatic Function Panel | 80076 | |
| Acute Hepatitis Panel | 80074 | |
| Herpes Simplex, Probe | 87528 | |
| HgA1C | 83036 | |
| H. Pylori | 86677 | |
| KOH slide;skin,scab,etc. | 87220 | |
| Lead | 83655 | |
| LH | 83002 | |
| Lipid Panel | 80061 | |
| Lyme Disease | 86618 | |
| Mono | 86308 | |
| Pap Smear | 88150 | |
| Prolactin | 84146 | |
| Pregnancy Test/Urine | 81025 | |
| Pregnancy Test/Serum | 84702 | |
| PSA; Complexed (direct) | 84152 | |
| PSA, Total | 84153 | |
| Prothrombin Time | 85610 | |
| Rheum Factor | 86431 | |
| RNSF | 86790 | |
| RPR | 86592 | |
| Sed Rate/ ESR | 85652 | |
| Strep Screen | 87430 | |
| Testosterone, Free | 84402 | |
| Thyroid; Total | 84436 | |
| Thyroid; Free | 84439 | |
| TSH | 84443 | |
| Uric Acid | 84550 | |
| Urinalysis | 81002 | |
| Urinalysis w/Micro | 81000 | |
| Urine, C&S | 87086 | |
| Specimen Hand/Collection | 99000 | |
| Venipuncture | 36415 | |
| Wet Mount | 87210 | |
| Zinc | 84630 | |

| OFFICE/SURGERY | | |
|---|---|---|
| Destruction, Benign/PreMalignant, Lesions | | |
| Benign Lision - 1st | 17000 | |
| 2-14 Lesions | 17003 | |
| 15 or more Lesions | 17004 | |
| Wart Removal 0-15 | 17110 | |
| Paring or Cure /Wart or Callus | 11055 | |
| 2-4 Lesions | 11056 | |
| 4+ Lesions | 11057 | |
| Removal Skin Tags 0-15 | 11200 | |
| Excision, Benign, Lesion | | |
| Incision & Removal FB | 10120 | |
| Punch Biopsy | 11100 | |
| Each Add'l. Lesion | 11101 | |

| I&D | | |
|---|---|---|
| Abscess-simple | 10060 | |
| Abscess-complex | 10061 | |
| Bursa | 27301 | |
| Ext. Hemorrhoid | 46320 | |
| Hematoma-simple | 10140 | |
| Sebaceous cyst | 10160 | |

| WOUND REPAIR | | |
|---|---|---|
| SIMPLE CLOSURE: HANDS/FEET | | |
| TRUNK/SCALP/EXT/GENITALIA/NECK | | |
| Up to 2.5cm | 12001 | |
| 2.6cm-7.5cm | 12002 | |
| FACE/EARS/NOSE/EYELIDS/LIPS | | |
| MUCOUS MEMBRANE | | |
| Up to 2.5cm | 12011 | |
| 2.6cm-5.0cm | 12013 | |
| LAYERED CLOSURE: SCALP/TRUNK | | |
| EXT/ NOT HANDS OR FEET | | |
| Up to 2.5cm | 12031 | |
| HANDS/FEET/NECK/GENITALIA | | |
| Up to 2.5cm | 12041 | |
| FACE/EYELIDS/NOSE | | |
| LIPS/MUCOUS MEMBRANES | | |
| Up to 2.5cm | 12051 | |

| NAILS | CPT | FEE |
|---|---|---|
| Evac subung hematoma | 11740 | |
| Repair nailbed simple | 11760 | |
| Ingrown toenail/wedge skin | 11765 | |
| Avulsion nail plate/single | 11730 | |

| EYE - EAR - NOSE | | |
|---|---|---|
| Ear Wash/Natural ear impact. | 69210 | |
| Removal of FB- ear | 69200 | |
| Eye wash/Rem FB superficial | 65205 | |
| Rem FB Conj./scl. | 65210 | |
| Rem FB, embedded | 65220 | |

| ORTHOPEDIC SUPPLIES | | FEE |
|---|---|---|
| Ace Wrap, <3" | A6448 | |
| Ace Wrap, 3"-5" | A6449 | |
| Ace Wrap, 5" | A6450 | |
| Ankle Brace | L1906 | |
| Ankle Splint | L4396 | |
| Arm Sling | A4565 | |
| Cervical Collar | L0120 | |
| Crutch (1) | E0113 | |
| Crutches (2) | E0112 | |
| Finger Splint Kit | A4570 | |
| Finger-Hand-Wrist Splint | L3800 | |
| Knee Immobilizer | L1830 | |
| Knee Support-Elastic knee cap | L1825 | |
| Rib Belt, Thoracic | L0210 | |
| Shoulder Immob | L3650 | |
| Tennis Elbow Splint | L3700 | |
| Wrist/Forearm Splint | L3908 | |

| SPECIAL PROCEDURES | | |
|---|---|---|
| Audiometry | 92552 | |
| Breath Alcohol Conf | 80102 | |
| Breath Alcohol Test. | 82075 | |
| Digital Block | 64450 | |
| EKG - Complete | 93000 | |
| Flow Volume Loop | 94375 | |
| Medical Records | 99080 | |
| Nebulizer Treat. | 94640 | |
| Resp. Fit Test | A4640 | |
| Spirometry | 94010 | |
| Tonometry | 92100 | |

| BURN CARE | | |
|---|---|---|
| Initial Tx-1st degree | 16000 | |
| Initial Tx-2nd degree | 16020 | |

| FB REMOVAL | | |
|---|---|---|
| Rem FB;Tissue,simple | 10120 | |
| Rem FB, complicated | 10121 | |

| JOINT BURSA | | |
|---|---|---|
| ARTHROCENTESIS/ASPIRATION/INJECTION | | |
| Intermediate Joint Inj | 20605 | |
| Inj, single tendon,ligament | 20550 | |
| Inj. Carpal, therapeutic | 20526 | |
| Major Joint Inj | 20610 | |
| Minor Joint Inj | 20600 | |
| Trigger Inj 1 or 2 muscle | 20552 | |
| Trigger Inj 3> muscles | 20553 | |

**OTHER PROCEDURES/SUPPLIES**

CO-PAY DUE $ _____

TODAY'S CHG. $ _110_

CO-PAY PAID $ _____

ADJUSTMENT $ _34_

TODAY'S PMT. $ _110_

CURRENT BAL. $ _____

RETURN VISIT: ____ WKS. ____ MO. ____ AS NEEDED
____ FASTING ____ NON-FASTING

CK/MO # _1309_

MC/VISA _____ CASH ____

MC/VISA AUTH # _____

CHECKED OUT BY _____

DX: 1. _LUMBOSACRAL STRAIN_
2. _(TORSION)_
3. _____
4. _____

PREV. BAL. > 61 days _____

RCV'D BY _____

COMMENTS: _PAIN IN BULT FOR NO TOXIC PATHOGENIC_

| HISTORY | E-XAM | DECISION MAKING |
|---|---|---|
| 1. PROBLEM FOCUS | 1. PROBLEM FOCUS | 1. STRAIGHTFORWARD |
| 2. EXP PROBLEM | 2. EXP PROBLEM | 2. LOW COMPLEXITY |
| 3. DETAILED | 3. DETAILED | 3. MOD COMPLEXITY |
| 4. COMPREHEN. | 4. COMPREHEN. | 4. HIGH COMPLEXITY |

PHYSICIAN SIGNATURE _____



# EXPLANATION OF REVIEW
*This is not a bill*

| CLAIM NUMBER | 42-2357-947 | OFFICE NAME | State Farm Mutual Automobile Insurance Company Mid America eMed Office |
|---|---|---|---|

| | |
|---|---|
| FAYE HUDSON<br>208 BOBWHITE CIR<br>MARYVILLE, TN 37803-6501 | THERAPY CENTER INC<br>PO BOX 32709<br>KNOXVILLE, TN 37930-2709 |

| | | | |
|---|---|---|---|
| DATE OF LOSS | 3/22/2010 | CLAIM HANDLER | Holly Johnson |
| NAME INSURED | HUDSON, WILLIAM AND FAYE | ADDRESS | P.O. Box 20707 Murfreesboro, TN. 37129-0088 |
| POLICY NUMBER | 042344942 | PHONE | (877) 236-5890 |
| JURISDICTION | Tennessee | TIN | 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 |
| ZIP OF SERVICE | 37930-2709 | | |
| BILL REFERENCE NUMBER | 27191 200627 | DATE RECEIVED | 1/28/2011 |
| DIAGNOSIS CODES | 781.92 ABNORMAL POSTURE, 728.2 MUSCULAR WASTING AND DISUSE ATROPHY, NOT ELSEWHERE CLASSIFIED, 724.3 SCIATICA | | |

| DRAFT NUMBER | |
|---|---|

| LINE | DATE OF SERVICE | POS | CPT/HCPCS | MOD/TS | UNITS | SUBMITTED AMOUNT | APPROVED AMOUNT | REASON CODES |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/19/2011<br>1/19/2011 | 11 | 97001 | GP | 1 | 168.00 | 0.00 | SF148 |
| 2 | 1/19/2011<br>1/19/2011 | 11 | 97014 | GP | 1 | 29.00 | 0.00 | SF148 |

| | |
|---|---|
| TOTAL SUBMITTED CHARGES | 197.00 |
| TOTAL APPROVED AMOUNT | 0.00 |
| AMOUNT NOT PAYABLE | 0.00 |
| DEDUCTIBLE | 0.00 |
| APPORTIONMENT/PRO RATA | 0.00 |
| PAID AMOUNT | 0.00 |

| EXPLANATIONS |
|---|
| SF148 This procedure was performed for a condition not related to the motor vehicle accident. |
| |
| |
| **PROCEDURE GUIDE** |
| 97001 Physical therapy evaluation |
| 97014 Application of a modality to 1 or more areas; electrical stimulation (unattended) |
| |
| Other |

**DATE :** 3/9/2011                    Professional



# EXPLANATION OF REVIEW
*This is not a bill*

| CLAIM NUMBER | 42-2357-947 | OFFICE NAME | State Farm Mutual Automobile Insurance Company<br>Mid America eMed Office |
|---|---|---|---|

| | |
|---|---|
| FAYE HUDSON<br>208 BOBWHITE CIR<br>MARYVILLE, TN 37803-6501 | THERAPY CENTER INC<br>PO BOX 32709<br>KNOXVILLE, TN 37930-2709 |

| DATE OF LOSS | 3/22/2010 | CLAIM HANDLER | Holly Johnson |
|---|---|---|---|
| NAME INSURED | HUDSON, WILLIAM AND FAYE | ADDRESS | P.O. Box 20707 Murfreesboro, TN. 37129-0088 |
| POLICY NUMBER | 042344942 | PHONE | (877) 236-5890 |
| JURISDICTION | Tennessee | TIN | 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 |
| ZIP OF SERVICE | 37930-2709 | | |
| BILL REFERENCE NUMBER | 27191 200996 | DATE RECEIVED | 2/22/2011 |
| DIAGNOSIS CODES | 781.92 ABNORMAL POSTURE, 728.2 MUSCULAR WASTING AND DISUSE ATROPHY, NOT ELSEWHERE CLASSIFIED, 724.3 SCIATICA | | |

| DRAFT NUMBER | |
|---|---|

| LINE | DATE OF SERVICE | POS | CPT/HCPCS | MOD/TS | UNITS | SUBMITTED AMOUNT | APPROVED AMOUNT | REASON CODES |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/24/2011<br>1/24/2011 | 11 | 97014 | GP | 1 | 29.00 | 0.00 | SF148 |
| 2 | 1/24/2011<br>1/24/2011 | 11 | 97140 | GP | 2 | 118.00 | 0.00 | SF148 |
| 3 | 1/24/2011<br>1/24/2011 | 11 | 97530 | 59, GP | 1 | 59.00 | 0.00 | SF148 |

| | |
|---|---|
| TOTAL SUBMITTED CHARGES | 206.00 |
| TOTAL APPROVED AMOUNT | 0.00 |
| AMOUNT NOT PAYABLE | 0.00 |
| DEDUCTIBLE | 0.00 |
| APPORTIONMENT/PRO RATA | 0.00 |
| PAID AMOUNT | 0.00 |

**EXPLANATIONS**

SF148 This procedure was performed for a condition not related to the motor vehicle accident.

**PROCEDURE GUIDE**

97014 Application of a modality to 1 or more areas; electrical stimulation (unattended)

97140 Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

97530 Therapeutic activities, direct (one-on-one) patient contact by the provider (use of dynamic activities to improve functional performance), each 15 minutes

Other

**DATE :**3/9/2011                                         Professional



# EXPLANATION OF REVIEW
*This is not a bill*

| CLAIM NUMBER | 42-2357-947 | OFFICE NAME | State Farm Mutual Automobile Insurance Company Mid America eMed Office |
|---|---|---|---|

FAYE HUDSON
208 BOBWHITE CIR
MARYVILLE, TN 37803-6501

THERAPY CENTER INC
PO BOX 32709
KNOXVILLE, TN 37930-2709

| DATE OF LOSS | 3/22/2010 | CLAIM HANDLER | Holly Johnson |
|---|---|---|---|
| NAME INSURED | HUDSON, WILLIAM AND FAYE | ADDRESS | P.O. Box 20707 Murfreesboro, TN. 37129-0088 |
| POLICY NUMBER | 042344942 | PHONE | (877) 236-5890 |
| JURISDICTION | Tennessee | TIN | 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 |
| ZIP OF SERVICE | 37930-2709 | | |
| BILL REFERENCE NUMBER | 27191 201480 | DATE RECEIVED | 2/9/2011 |
| DIAGNOSIS CODES | 781.92 ABNORMAL POSTURE, 728.2 MUSCULAR WASTING AND DISUSE ATROPHY, NOT ELSEWHERE CLASSIFIED, 724.3 SCIATICA | | |
| DRAFT NUMBER | | | |

| LINE | DATE OF SERVICE | POS | CPT/HCPCS | MOD/TS | UNITS | SUBMITTED AMOUNT | APPROVED AMOUNT | REASON CODES |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/28/2011 1/28/2011 | 11 | 97014 | GP | 1 | 29.00 | 0.00 | SF148 |
| 2 | 1/28/2011 1/28/2011 | 11 | 97140 | GP | 1 | 59.00 | 0.00 | SF148 |
| 3 | 1/28/2011 1/28/2011 | 11 | 97530 | 59, GP | 3 | 177.00 | 0.00 | SF148 |

| | |
|---|---|
| TOTAL SUBMITTED CHARGES | 265.00 |
| TOTAL APPROVED AMOUNT | 0.00 |
| AMOUNT NOT PAYABLE | 0.00 |
| DEDUCTIBLE | 0.00 |
| APPORTIONMENT/PRO RATA | 0.00 |
| PAID AMOUNT | 0.00 |

**EXPLANATIONS**

SF148 This procedure was performed for a condition not related to the motor vehicle accident.

**PROCEDURE GUIDE**

97014 Application of a modality to 1 or more areas; electrical stimulation (unattended)

97140 Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

97530 Therapeutic activities, direct (one-on-one) patient contact by the provider (use of dynamic activities to improve functional performance), each 15 minutes

Other

**DATE :** 3/9/2011                              Professional



# EXPLANATION OF REVIEW
*This is not a bill*

| CLAIM NUMBER | 42-2357-947 | OFFICE NAME | State Farm Mutual Automobile Insurance Company Mid America eMed Office |
|---|---|---|---|

| FAYE HUDSON<br>208 BOBWHITE CIR<br>MARYVILLE, TN 37803-6501 | THERAPY CENTER INC<br>PO BOX 32709<br>KNOXVILLE, TN 37930-2709 |
|---|---|

| DATE OF LOSS | 3/22/2010 | CLAIM HANDLER | Holly Johnson |
|---|---|---|---|
| NAME INSURED | HUDSON, WILLIAM AND FAYE | ADDRESS | P.O. Box 20707 Murfreesboro, TN. 37129-0088 |
| POLICY NUMBER | 042344942 | PHONE | (877) 236-5890 |
| JURISDICTION | Tennessee | TIN | 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 |
| ZIP OF SERVICE | 37930-2709 | | |
| BILL REFERENCE NUMBER | 27191 201760 | DATE RECEIVED | 3/3/2011 |
| DIAGNOSIS CODES | 781.92 ABNORMAL POSTURE, 724.3 SCIATICA | | |
| DRAFT NUMBER | | | |

| LINE | DATE OF SERVICE | POS | CPT/HCPCS | MOD/TS | UNITS | SUBMITTED AMOUNT | APPROVED AMOUNT | REASON CODES |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/1/2011 2/1/2011 | 11 | 97035 | GP | 1 | 59.00 | 0.00 | SF148 |
| 2 | 2/1/2011 2/1/2011 | 11 | 97014 | GP | 1 | 29.00 | 0.00 | SF148 |
| 3 | 2/1/2011 2/1/2011 | 11 | 97140 | GP | 1 | 59.00 | 0.00 | SF148 |
| 4 | 2/1/2011 2/1/2011 | 11 | 97530 | 59, GP | 1 | 59.00 | 0.00 | SF148 |

| TOTAL SUBMITTED CHARGES | | 206.00 |
|---|---|---|
| TOTAL APPROVED AMOUNT | | 0.00 |
| AMOUNT NOT PAYABLE | | 0.00 |
| DEDUCTIBLE | | 0.00 |
| APPORTIONMENT/PRO RATA | | 0.00 |
| PAID AMOUNT | | 0.00 |

**EXPLANATIONS**

SF148 This procedure was performed for a condition not related to the motor vehicle accident.

**PROCEDURE GUIDE**

97014 Application of a modality to 1 or more areas; electrical stimulation (unattended)

97035 Application of a modality to 1 or more areas; ultrasound, each 15 minutes

97140 Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes

97530 Therapeutic activities, direct (one-on-one) patient contact by the provider (use of dynamic activities to improve functional performance), each 15 minutes

Other

**DATE :**3/9/2011                                    Professional



# EXPLANATION OF REVIEW

*This is not a bill*

| CLAIM NUMBER | 42-2357-947 | OFFICE NAME | State Farm Mutual Automobile Insurance Company Mid America eMed Office |
|---|---|---|---|

| FAYE HUDSON 208 BOBWHITE CIR MARYVILLE, TN 37803-6501 | THERAPY CENTER INC PO BOX 32709 KNOXVILLE, TN 37930-2709 |
|---|---|

| DATE OF LOSS | 3/22/2010 | CLAIM HANDLER | Holly Johnson |
|---|---|---|---|
| NAME INSURED | HUDSON, WILLIAM AND FAYE | ADDRESS | P.O. Box 20707 Murfreesboro, TN. 37129-0088 |
| POLICY NUMBER | 042344942 | PHONE | (877) 236-5890 |
| JURISDICTION | Tennessee | TIN | 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 |
| ZIP OF SERVICE | 37930-2709 | | |
| BILL REFERENCE NUMBER | 27191 202320 | DATE RECEIVED | 3/3/2011 |
| DIAGNOSIS CODES | 781.92 ABNORMAL POSTURE, 724.3 SCIATICA | | |
| DRAFT NUMBER | | | |

| LINE | DATE OF SERVICE | POS | CPT/HCPCS | MOD/TS | UNITS | SUBMITTED AMOUNT | APPROVED AMOUNT | REASON CODES |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/7/2011 2/7/2011 | 11 | 97014 | GP | 1 | 29.00 | 0.00 | SF148 |
| 2 | 2/7/2011 2/7/2011 | 11 | 97530 | GP | 3 | 177.00 | 0.00 | SF148 |

| TOTAL SUBMITTED CHARGES | 206.00 |
|---|---|
| TOTAL APPROVED AMOUNT | 0.00 |
| AMOUNT NOT PAYABLE | 0.00 |
| DEDUCTIBLE | 0.00 |
| APPORTIONMENT/PRO RATA | 0.00 |
| PAID AMOUNT | 0.00 |

**EXPLANATIONS**

SF148 This procedure was performed for a condition not related to the motor vehicle accident.

**PROCEDURE GUIDE**

97014 Application of a modality to 1 or more areas; electrical stimulation (unattended)

97530 Therapeutic activities, direct (one-on-one) patient contact by the provider (use of dynamic activities to improve functional performance), each 15 minutes

Other

**DATE :**3/9/2011                                                    Professional



# EXPLANATION OF REVIEW
*This is not a bill*

| CLAIM NUMBER | 42-2357-947 | OFFICE NAME | State Farm Mutual Automobile Insurance Company Mid America eMed Office |
|---|---|---|---|
| FAYE HUDSON 208 BOBWHITE CIR MARYVILLE, TN 37803-6501 | | THERAPY CENTER INC PO BOX 32709 KNOXVILLE, TN 37930-2709 | |

| DATE OF LOSS | 3/22/2010 | CLAIM HANDLER | Holly Johnson |
|---|---|---|---|
| NAME INSURED | HUDSON, WILLIAM AND FAYE | ADDRESS | P.O. Box 20707 Murfreesboro, TN. 37129-0088 |
| POLICY NUMBER | 042344942 | PHONE | (877) 236-5890 |
| JURISDICTION | Tennessee | TIN | 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 |
| ZIP OF SERVICE | 37930-2709 | | |
| BILL REFERENCE NUMBER | 27191*202713 | DATE RECEIVED | 3/3/2011 |
| DIAGNOSIS CODES | 781.92 ABNORMAL POSTURE, 728.2 MUSCULAR WASTING AND DISUSE ATROPHY, NOT ELSEWHERE CLASSIFIED, 724.3 SCIATICA | | |
| DRAFT NUMBER | | | |

| LINE | DATE OF SERVICE | POS | CPT/HCPCS | MOD/TS | UNITS | SUBMITTED AMOUNT | APPROVED AMOUNT | REASON CODES |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/10/2011 2/10/2011 | 11 | 97014 | GP | 1 | 29.00 | 0.00 | SF148 |
| 2 | 2/10/2011 2/10/2011 | 11 | 97530 | GP | 3 | 177.00 | 0.00 | SF148 |

| | |
|---|---|
| TOTAL SUBMITTED CHARGES | 206.00 |
| TOTAL APPROVED AMOUNT | 0.00 |
| AMOUNT NOT PAYABLE | 0.00 |
| DEDUCTIBLE | 0.00 |
| APPORTIONMENT/PRO RATA | 0.00 |
| PAID AMOUNT | 0.00 |

**EXPLANATIONS**

SF148 This procedure was performed for a condition not related to the motor vehicle accident.

**PROCEDURE GUIDE**

97014 Application of a modality to 1 or more areas; electrical stimulation (unattended)

97530 Therapeutic activities, direct (one-on-one) patient contact by the provider (use of dynamic activities to improve functional performance), each 15 minutes

Other

**DATE :**3/9/2011                                        Professional



IN THE CIRCUIT COURT FOR BLOUNT COUNTY
AT MARYVILLE, TENNESSEE
LAW DIVISION

FILED

JAN 2 4 2012

TOM HATCHER
CIRCUIT COURT CLERK

FAYE HUDSON and husband,          §
WILLIAM HUDSON,                   §
                                  §
        Plaintiffs,               §
                                  §
v.                                §        Civil Action No. L-17552
                                  §        Judge David R. Duggan
STATE FARM MUTUAL AUTOMOBILE      §
INSURANCE COMPANY and             §
JOHN DOE,                         §
                                  §
        Defendants.               §

---

AGREED ORDER

---

This matter is before the Court on the agreement of the parties with respect to Plaintiffs'

Motion To Amend and that such Motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion To

Amend is hereby GRANTED. Plaintiffs shall file their Amended Complaint for Damages with

the Court within ten (10) days after entry of this Order.

Enter pursuant to Tennessee Rule of Civil Procedure 58.

CERTIFICATE OF SERVICE
I hereby certify that a true, correct and exact copy of the
foregoing has, this day and date, been mailed to the persons
listed below at the addresses shown, by depositing same in
the U.S. Mail, first class postage prepaid.
_Chad Wallace atty_
_____
This 25 Day of _Jan_ 20 _12_ .
     TOM HATCHER, CIRCUIT COURT CLERK
BY_____w king_____

_____
DAVID R. DUGGAN
CIRCUIT COURT JUDGE

1-24-12

J CEW 126089 v1
2787551-000258 01/13/2012

Case 3:12-cv-00083-RLJ-HBG   Document 1-1   Filed 02/21/12   Page 81 of 96   PageID #: 85

APPROVED FOR ENTRY:


_F. D. Gibson_ w/ permission by CEW
Horace M. Brown, BPR No. 001870
105 North Court Street
Maryville, Tennessee 37804-5721
Phone: (865) 982-9489

and

F. D. Gibson, BPR No. 001054
Gibson & Jenkins PA
400 Ellis Avenue
Maryville, Tennessee 37804
Phone: (865) 983-5642

*Attorneys for Plaintiffs*


_Chad E. Wallace_
Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Facsimile: (423) 928-5694
cwallace@bakerdonelson.com

*Attorney for Defendant State Farm Mutual*
*Automobile Insurance Company*

ENTERED

JAN 24 2012

Minute Book 162
4-5

J CEW 126089 v1
2787551-000258 01/13/2012



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TRI-CITIES TENNESSEE/VIRGINIA
100 MED TECH PARKWAY
SUITE 200
JOHNSON CITY, TENNESSEE 37604
PHONE:   423.928.0181
FAX:       423.928.5694
KINGSPORT: 423.246.6191
MAILING ADDRESS:
P. O. BOX 3038
JOHNSON CITY, TENNESSEE 37602

www.bakerdonelson.com

CHAD E. WALLACE
**Direct Fax:** 423.979.7639
**E-Mail Address:** cwallace@bakerdonelson.com

January 20, 2012

Judge David R. Duggan
Blount County Justice Center
948 E. Lamar Alexander Parkway
Maryville, Tennessee  37804

RE:   Hudson v. State Farm Mutual Automobile Insurance Company and John Doe
      Blount County Circuit Court No. L-17552

Dear Judge Duggan:

    Enclosed please find a proposed **Agreed Order**. If the proposed Order meets with your approval, please execute it and forward it back to me in the self-addressed, stamped envelope provided. Upon receipt, I will forward the executed Order to the Clerk's office for entry.

    If you have any questions or need additional information, please contact me at the telephone number listed above. Thank you for your time and cooperation in this matter.

                                        Very truly yours,

                                        Chad E. Wallace

ssr
Enclosures
cc:   Horace Brown
      F. D. Gibson

J CEW 126244 v1
2787351-000258 01/20/2012
ALABAMA · GEORGIA · LOUISIANA · MISSISSIPPI · TENNESSEE · WASHINGTON, D.C. · BEIJING, CHINA
Representative Office,
BDBC International, LLC

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

FILED

FEB 0 7 2012

TOM HATCHER
CIRCUIT COURT CLERK

FAYE HUDSON and husband
WILLIAM HUDSON

    Plaintiffs

vs.                          NO: L-17552

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND JOHN DOE

    Defendants

### AMENDED COMPLAINT FOR DAMAGES

Comes now the Plaintiff and sue the Defendants for damages as follows:

1. That on March 22, 2010, Plaintiff, Faye Hudson, was injured in an automobile collision within the confines of Blount County, Tennessee.

2. Said collision and resulting injuries were solely caused by an unknown hit and run driver identified as John Doe in the caption. John Doe was travelling too fast for the conditions then existing on the roadway and too closely to Plaintiff's car and did crash into the rear of Plaintiff's vehicle when she was either stopped or slowing down for traffic conditions.

3. John Doe was the sole and proximate cause of the injuries and damages sustained in the Collision between the vehicles and violated the following common law duties:

    (a) Driving too fast for the traffic conditions then existing.
    (b) Failed to keep his vehicle under control so as to avoid collision with other vehicles.
    (c) Failed to follow at safe distance behind Plaintiff vehicle

    John Doe was also negligent per se for violation of the following statute(s)

    1. T.C.A. 55-8-124 –Following too Closely

4. As a result to the collision Plaintiff, Faye Hudson, was caused to suffer serious and painful personal injuries which ultimately required her to seek medical attention and incur medical bills

In order to try to cure her injuries. During the period following the collision, Fay Hudson was caused to suffer pain and suffering, anxiety, destruction of enjoyment of life and fears that she may suffer from her injuries for the rest of her natural life. Judgment is requested for medical bills and other elements of personal injury as well for pain and suffering from her impairments for the rest of her life and loss of enjoyment of life and destruction of her natural rights.

5. At all times relevant herein, William Hudson was the lawful spouse of Faye Hudson and due to the negligence of John Doe has been caused to become liable for the necessary medical expenses of his spouse and lost the companionship and consortium of his spouse for an extended time and may continue to suffer such losses in the future due to the probability of permanent impairment.

6. Plaintiffs also aver that their vehicle was damaged in the collision and depreciated in value and seek judgment for property damages not to exceed $2,500.00.

7. Defendant State Farm is sued as uninsured motorist provider of Plaintiffs under T.C.A. 56-7-1201 et seq. and individually for violation of Tennessee Consumer Protection Act codified in T.C.A. 47-18-101 et seq. , bad faith under provisions of T.C.A. 56-7-105 and for breach of contract.

8. In support of said claims, Plaintiffs would show that for a period following the collision, Faye Hudson did not seek medical attention as she believed the injuries were temporary and would clear up. However she visited her State Farm Agent in October, 2010 and reported that she would need her medical coverage under the insurance policy due to her ongoing problems. Her injury was acknowledged by State Farm by letter dated November 12, 2010 and Ms. Hudson did sign and return a medical authorization form for the use and benefit of State Farm in her medical coverage case. The accident was timely reported immediately following the collision to her insurance agent and the claim form submitted to State Farm noted injury to Faye Hudson.

9. Mrs. Hudson first required medical treatment on January 18, 2011, within the one year period specified in the prior letter from State Farm. She was examined, tested, prescribed medications and referred to therapy. Bills have been submitted to State Farm and said company has failed and refused to honor its contract and has refused to pay said bills. This action violates bad faith provisions of law and subjects said Defendant to the penalties outlined in T.C.A. 56-7-105. Plaintiffs here aver that their medical payments coverage contract with State Farm was for $1,000.00 in benefits.

10. State Farm generated another letter dated January 17, 2011 advising the Plaintiffs of the Pending Statute of Limitation date of March 22, 2011. The letter gave advice that legal action must be filed against the State Farm insured listed in the letter as Faye Hudson or be forever prohibited by the Statute of Limitations. By this date, State Farm knew, or should have known in the exercise of due diligence that the claim was for an unidentified driver and would be under uninsured motorist contract of their policy. Also, upon information and belief, State Farm did no investigation of the collision despite a duty to do so under the provisions of their policy contract. The information in the letter was generated by a State Farm employee or agent doing services for said Defendant and the data and instructions were both misleading, false and calculated to confuse the recipient. State Farm is a long established liability insurance provider and well knows the procedures for filing against a hit and run driver, as in this case. This letter constitutes an unfair or deceptive practice and renders the sender liable under T.C.A. 47-18-104(b)(27) and under the theory of imputed liability.

11. As a result of the erroneous instructions, Plaintiffs were misled into possibly filing the case in the wrong manner, pro se. Plaintiffs aver that all times, the authors of the letters referred to herein were acting on behalf of and solely for the benefit of State Farm. Said Defendant has mainly created the situation and now seeks to benefit from its own misconduct and has breached its contract with Plaintiffs and its duty of good faith.

12. Plaintiffs aver that the incurred medical expenses of Faye Hudson are under $4,000.00 and are attached as exhibit to this Complaint. Under Tennessee law, such expenses are deemed reasonable and necessary in the consideration of damages.

WHEREFORE, PLAINTIFFS seek judgment against Defendants for personal injuries of Faye Hudson in an amount not to exceed THIRTY FIVE THOUSAND ($35, 000.00) DOLLARS plus treble damages and attorney fees under T.C.A. 47-18-101 et seq. for the conduct of State Farm in this matter. In addition and alternately, PLAINTIFFS seek judgment for up to THIRTY FIVE THOUSAND ($35,000.00) DOLLARS' on the theory of imputed liability and bad faith penalty allowed under T.C.A. 56-7-105 for failure to pay the lawful claim for medical expenses. As prayed for herein, PLAINTIFFS also seek judgment for property damages up to TWO THOUSAND FIVE HUNDRED ($2,500.00) DOLLARS and Plaintiff, WILLIAM HUDSON seeks judgment for loss of consortium and companionship in an amount not to exceed TEN THOUSAND ($10,000.00) DOLLARS plus court costs , litigation taxes and any discretionary costs.

Horace M. Brown
105 N. Court St.
Maryville, TN. 37804 and
F. D. Gibson III
222 Ellis Ave.
Maryville, TN. 37804
Attorneys for Plaintiffs

BY: _Horace M. Brown_
Attorney at Law

## COST BOND

The undersigned principals and surety do bind ourselves liable for costs as prescribed by law

WILLIAM HUDSON- Plaintiff
FAYE HUDSON       - Plaintiff
As Principals

HORACE M. BROWN
Attorney at Law as Surety

BY: _Horace M. Brown_
HORACE M. BROWN
Attorney for Principals

## CERTIFICATE

I certify that a true and exact copy of the foregoing pleading has been placed in the US Mail this _7_ day of _FeBRUARY_, 2012, to Chad Wallace, Attorney for Defendants, P. O. Box 3038, Johnson City, TN 37602.

_____
F. D. GIBSON

FAYE HUDSON and husband
WILLIAM HUDSON

PLAINTIFFS

VS

No. L-17552

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND JOHN ROE

DEFENDANT

## AFFIDAVIT IN SUPPORT FOR AMENDED DAMAGES

The undersign, Faye Hudson, residing at 208 Bob White Circle
Maryville, Blount County Tennessee make the following oath in
due form of law as follows:

1. I was in injured in a motor vehicle accident on March 22,
   2010 on Broadway Road near Eagleton Village,
   Maryville, Blount County, Tennessee.

2. That as a direct consequence of the accident I received
   personal injury and incurred the following medical
   expenses:

   1. Marino Therapy          $ 2,259.00

2.  Park Med Urgent Care Center  110.00
       Total Charges    $ 2,369.00

3. See attached collective exhibits evidencing the
   charges and methods credit and payments.

Signed this 2 day of December 2011

_Faye L. Hudson_

STATE OF TENNESSEE    )
                      )
BLOUNT COUNTY         )

Before the undersign, a Notary Republic, appeared Faye L. Hudson,  on
the _2_ day of _December_ 2011, and made an oath in my presence that he
signed the aforesaid Affidavit.

Notary Republic
My Commission Expires: _4-15-11_

# Patient Statement Inquiry

### Patient : 27191 - Hudson,Faye

| Date | Code | Description | Units | Amount |
|---|---|---|---|---|
| 01-19-2011 | 97001 | Phys Therapy Eval | 1.00 | 168.00 |
| | 97014 | E-stim Unat | 1.00 | 29.00 |
| 01-24-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 2.00 | 118.00 |
| | 97530.59 | Funct Activity | 1.00 | 59.00 |
| 01-28-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 3.00 | 177.00 |
| 02-01-2011 | 97035 | U.S. | 1.00 | 59.00 |
| | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 1.00 | 59.00 |
| 02-02-2011 | Statement | Statement of Account printed 02-02-2011 | | |
| 02-07-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-10-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-11-2011 | 97014 | E-stim Unat | 1.00 | 29.00 |
| | 97530 | Funct Activities | 3.00 | 177.00 |
| 02-23-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-25-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | .2.00 | 118.00 |
| 02-25-2011 | Payment | Patient paid $78.00 for DOS 02/23/2011-02/23/2011 via check # 1328, Batch # maryville022511. | | -78.00 |
| 02-28-2011 | 97140 | Manual.Ther | 1.00 | 59.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 02-28-2011 | Payment | | | 0.00 |
| 02-28-2011 | Payment | | | 0.00 |
| 02-28-2011 | Discount | self pay Discount of $214.00 for DOS 02/11/2011-02/23/2011. | | -115.00 |
| 02-28-2011 | Discount | self pay Discount of $214.00 for DOS 02/11/2011-02/23/2011. | | -99.00 |
| 02-28-2011 | Discount | Discount of $198.00 for DOS 02/25/2011-02/28/2011. | | -99.00 |
| 02-28-2011 | Discount | Discount of $198.00 for DOS 02/25/2011-02/28/2011. | | -99.00 |
| 03-02-2011 | Statement | Statement of Account printed 03-02-2011 Patient Balance: $247.00 Insurance Balance: $1,286.00 Statement Type: 8 | | |
| 03-07-2011 | 97140 | Manual.Ther | 2.00 | 118.00 |
| | 97530.59 | Funct Activity | 2.00 | 118.00 |
| 03-11-2011 | Payment | | | 0.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1338,Batch #MAIL031111. | | -91.00 |

# Patient Statement Inquiry

### Patient : 27191 - Hudson,Faye

| Date | Type | Description | | Amount |
|------|------|-------------|---|--------|
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -76.00 |
| 03-11-2011 | Payment | Patient paid $247.00 for DOS via check # 1336.Batch #MAIL031111. | | -76.00 |
| 03-11-2011 | Discount | Discount of $134.00 for DOS 03/07/2011-03/07/2011. | | -134.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 03-30-2011 | Payment | State Farm paid $0.00 for DOS 01/19/2011-02/10/2011 via check # PhoneCall, Batch # mjh0311. Per Mary w/ State Farm claims denied due to after review not due to auto accident. | | 0.00 |
| 04-04-2011 | Statement | Statement of Account printed 04-04-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 04-06-2011 | Statement | Statement of Account printed 04-06-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| 05-03-2011 | Statement | Statement of Account printed 05-03-2011 Patient Balance: $1,388.00 Insurance Balance: $0.00 Statement Type: 8 | | |
| | | Total Charges on Account: | | 2259.00 |
| | | Total Payments on Account: | | -325.00 |
| | | Total Discounts on Account: | | -546.00 |
| | | Total Account Adjustments: | | 0.00 |
| | | Total Account Charge Reversals: | | 0.00 |
| | | Account Balance Due: | | 1388.00 |

Case 3:12-cv-00083-RLJ-HBG   Document 1-1   Filed 02/21/12   Page 93 of 96   PageID #: 97

**PLEASE RETURN THIS FORM TO THE RECEPTIONIST**

For Billing Inquiries
Call (865) 292-5000
or mail to:
P.O. Box 52552
Knoxville, TN 37950

PATIENT NAME: Fang Hudson
SS #: 
DATE: 
BIRTHDATE: 12-5-55
Time In ___ AM/PM   Out ___ AM/PM
PHYSICIAN
INS./COMPANY: Self
LOCATION: Bidwe

| OFFICE SERVICES (NEW PATIENT) | RADIOLOGY | CPT-4 | FEE | LABORATORY | | OFFICE SURGERY | | ORTHOPEDIC SUPPLIES | FEE |
|---|---|---|---|---|---|---|---|---|---|
| (NEED 3 OF 3 KEY COMPONENTS) | ABD 1V | 74000 | | Amylase | 82150 | Destruction, Benign/Pre-Malignant Lesions | | Ace Wrap 2" | |
| Focused 99201 | ABD 2V | 74010 | | ANA | 86038 | Benign Lesion 1-st | 17000 | Ace Wrap 3" | |
| Expanded 99202 | AC Joints | 73050 | | Basic Metabolic Panel | 80048 | 2-14 Lesions | 17003 | Ace Wrap 4" | |
| Detailed 99203 | Ankle 2V | 73600 | | CBC + QBC | 85027 | 15 or more Lesions | 17004 | Ankle Brace | |
| Comp/Mod 99204 | Ankle 3V | 73610 | | Chem/GC pen probe | 87800 | Wart Removal 0-15 | 17110 | Ankle Splint | |
| Comp/High 99205 | Cerv 2V | 72040 | | Comp. Metabolic Panel | 80053 | Paring or Cutit, Heat or Callus | 11055 | Arm Sling | |
| Camo/Open/School/Phys | Cerv 3V | 72050 | | C-Reactive Protein | 86140 | 2-4 Lesions | 11056 | Cervical Collar | |
| Ages 0 mo-11 mo | Chest 1V | 71010 | | Digoxin Level | 80162 | 4+ Lesions | 11057 | Crutch 11" | |
| Ages 1-4 | Chest 2V | 71020 | | Fluorescent | 88255 | Removal Skin Tags 0-15 | 11200 | Crutches 12" | |
| Ages 5-11 | Clavicle, complete | 73000 | | Folic Acid | 82746 | Excision, Benign, Lesion | | Finger Splint | |
| Ages 12-17 | Elbow 2V | 73070 | | FSH | 83001 | Site ____ Size ____ 114 | | Finger Splint Foam Med | |
| Ages 18-39 | Elbow 3V | 73080 | | General Health Panel | 80050 | | | Knee Immob Foam Med | |
| Ages 40-64 | Facial 3V | 70150 | | Glucose (Quant.) | 82947 | Incision & Removal FB | 10120 | Knee Support Foam Med | |
| Ages 65+ | Femur 2V | 73550 | | Glucose (Regent Strip) | 82948 | Punch Biopsy | 11000 | Post-Op Shoe | |
| Police Exm NC/Job Inj NC | Finger 2V | 73140 | | HIV Antibody | 86701 | Each Add'l. Lesion | 11101 | Rib Belt/Thorax | |
| EKG /MO Only 1st visit | Foot 2V | 73620 | | Hemocult | 82270 | | | Shoulder Immobilizer | |
| OFFICE SERVICES (ESTABLISHED) | | 3V | 73630 | Hepatic Function Panel | 80076 | **I&D** | | Tennis Elbow Splint | |
| (NEED 2 OF 3 KEY COMPONENTS) | Forearm 2V | 73090 | | Acute Hepatitis Panel | 80074 | Abscess-simple | 10060 | Wrist/Forearm Splint | |
| Focused 99212 | Hand 2V | 73120 | | Herpes Simplex, Probe | 87528 | Abscess-complex | 10061 | | |
| Expanded 99213 | | 3V | 73130 | HgA1C | 83036 | Bursa | 27001 | | |
| Detailed 99214 | Heel 2V | 73650 | | H. Pylori | 86677 | Ext-Hemorrhoid | 46320 | | |
| Comp/High 99215 | Hip 2V | 73510 | | KOH slide skin scab etc. | 87220 | Hematoma-simple | 10140 | **SPECIAL PROCEDURES** | |
| Minor Dr (Nurse/Lab) 99213 | Humerus 2V | 73060 | | Lead | 83655 | Sebaceous Cyst | 10160 | | |
| (E&M NOT CKING) | Knee 1-3V | 73560 | | LH | 83002 | **WOUND REPAIR** | | Breath Alcohol Basic | |
| Follow-Up Visit N/C | Knee 3V | 73562 | | Lipid. Panel | 80061 | SIMPLE CLOSURE: HANDS/FEET | | Digital Block | |
| Camp/Open/School/Phys | Knee 4 or >V | 73564 | | Lyme Disease | 86618 | TRUNK/SCALP/EXT/GENITALIA/NECK | | EKG Complete | |
| Ages 0 mo-11 mo | Lumbar Spine 2-3V | 72100 | | Mono | 86308 | Up to 2.5cm | 12001 | Flow Volume Loop | |
| Ages 1-4 | Mandible Jaw 4V | 70110 | | Pap Smear | 88150 | 2.6cm-7.5cm | 12002 | Medical Records | |
| Ages 5-11 | Nasal Bones 3V | 70160 | | Prolactin | 84146 | FACE/EARS/NOSE/EYELIDS/LIPS | | Nebulized Therapy | |
| Ages 12-17 | Orbits 4V | 70200 | | Pregnancy Test/Urine | 81025 | MUCOUS MEMBRANE | | Removal Skin Tag | |
| 18-39 | Pelvis 1-2V | 72170 | | Pregnancy Test/Serum | 84702 | Up to 2.6cm | 12011 | Spirometry | |
| 40-64 | Ribs 2V | 71100 | | PSA Complexed (direct) | 84152 | 2.6cm-5.0cm | 12013 | Tonometry | |
| 65+ | Sacrum/Coccyx 2V | 72220 | | PSA: Total | 84153 | LAYERED CLOSURE: SCALP/TRUNK | | | |
| DOT | Scapula | 73010 | | Prothrombin Time | 85610 | EXT/NOT HANDS OR FEET | | | |
| Company Physical x1 | Shoulder 2V | 73030 | | Rheum Factor | 86431 | Up to 2.5cm | 12031 | | |
| **DRUG SCREENS** | CPT | FEE | Sinus-Waters VW | 70210 | RMSF | 86790 | HANDS/FEET/NECK/GENITALIA | | | |
| Collection | 99001 | | Sinus 3V | 70220 | RPR | 86592 | Up to 2.6cm | 12041 | | |
| Collection w/Screen | 99001 | | Skull 4V | 70260 | Sed Rate/ESR | 85651 | FACE/EARS/EYELIDS/NOSE | | | |
| Drug Confirmation | 80102 | | Sternum 2V | 71120 | Strep Screen | 87430 | LIPS/MUCOUS MEMBRANES | | **BURN CARE** | |
| Drug Screen-DOT | 80100 | | Tib/Fib 2V | 73590 | Testosterone, Free | 84402 | Up to 2.5cm | 12051 | | |
| Drug Screen-NON DOT | 80100 | | Toes 2V | 73660 | Thyroid; Total | 84436 | **NAILS** | CPT | FEE | |
| MRO | 99499 | | T-Spine 2V | 72070 | Thyroid; Free | 84439 | Evac subung hematoma | 11740 | **FB REMOVAL** | |
| Tissue/Hair, Sample | 80103 | | Wrist 2V | 73100 | TSH | 84443 | Repair nailbed, simple | 11760 | | |
| Urine-Quick | 80101 | | Wrist 3V | 73110 | Uric Acid | 84550 | Ingrown toenail/wedge excl | 11765 | | |
| **INJECTIONS/DRUGS** | | | **INJECTIONS/DRUGS** | | Urinalysis | 81002 | Avulsion nail plate/single | 11730 | **JOINT BURSA** | |
| Ativan up to 2mg | 99151 | | Lasix up to 20mg | J1940 | Urinalysis w/Micro. | 81001 | | | | |
| Allergy Gel Inj 1 ml | 96117 | | Lavish up to 0.25mg | J1980 | Urine, C&S | 87086 | **EYE - EAR - NOSE** | | | |
| Benadryl up to 50mg | J1200 | | Lyme | 90665 | Specimen Handling/Collection | 99000 | Ear Wash/Manual ear impact | 69210 | | |
| Dexe Inj up to 1200,004 also | J0694 | | MMR | 90707 | Venipuncture | 36415 | Eye wash/Rem FB superficial | 65205 | | |
| Decadron 1mg sdn dml | J0760 | | Norflex up to 80mg | J2360 | Wet Mount | 87210 | Rem FB Conj | 65210 | | |
| Decadron inj | J0760 | | OPV | 90712 | Zinc | 84630 | Rem FB, embedded | 65220 | | |
| Decadron, 4mg | J1100 | | Phenergan up to 50mg | J2550 | | | | | | |
| Depo-Medrol 40mg | J1094 | | Pneumonia Vaccine | 90732 | | | | | **OTHER PROCEDURES/SUPPLIES** | |
| Decadron L.A. 8mg inj | J1094 | | | | 24 | | | | | |
| Dexamethasone up to 20mg | J1390 | | PPD | 86580 | | | | | | |
| Dramatic pad 1mg | J2175 | | Rocephin 250 mg | J0696 | | | | | | |
| Depo-Medrol 40mg | J1030 | | Solu-Medrol up to 40mg | J2920 | | | | | | |
| Depo-Provera 150 mg | J1055 | | Staddl 1 mg | J0595 | CO-PAY DUE $ | | CH/MO # 309 | | | |
| DTP | 90701 | | Testosterone up to 100mg | J1070 | TODAY'S CHG. $ 110 | | MC/VISA | | CASH | |
| Epinephrine 1 ml | J0170 | | Testosterone 1cc 200mg | J1080 | CO-PAY PAID $ | | MC/VISA AUTH # | | | |
| Estradiol | J0970 | | Tetanus Toxoid | 90703 | ADJUSTMENT $ 24 | | CHECKED OUT BY | | | |
| Flu Vaccine | 90656 | | Tdap | 90715 | TODAY'S PMT. $ 110 | | DX | | | |
| Gentamycin up to 80mg | J1580 | | Tetanus/diphtheria >7yrs | 90718 | CURRENT BAL $ | | | | | |
| Hepatitis A (3 Series) | | | Tetanus/diphtheria <7yr | 90702 | RETURN VISIT: | | | | | |
| Age 0 - 18 yrs | 90744 | | Toradol IM per 15mg | J1885 | WKS. ____ MO. ____ AS NEEDED | | | | | |
| Age 20+ | 90746 | | Vaccination Inj-Fee | 90471 | FASTING ____ NON-FASTING | | | | | |
| HIB | 90648 | | +2 Vaccination Inj-Fee | 90472 | | | PREV BAL > 61 days | | | |
| Toradol up to 60mg | J3030 | | Vistaril up to 25mg inj | J3410 | | | RCVD BY | | | |
| Xenopar combo vac | | | | | | | | | | |
| **HISTORY** | **E-XAM** | | **DECISION MAKING** | | | | | | | |
| | | | | | COMMENTS: Pain m Pull 1/2 cm long smell (illegible) | | | | | |

# LASERJET PROFESSIONAL M1210 MFP SERIES
## Quick Reference for Control-Panel Buttons and Lights



| Item | Icon | Description |
|------|------|-------------|
| 1 | ⚏ | **Toner-level status light:** Indicates the level of toner in the print cartridge is low. |
| 2 | ⚠ | **Attention light:** Indicates a problem with the product. View the LCD display for a message. |
| 3 | ○ | **Ready light:** Indicates the product is ready or is processing a job. |
| 4 | | **LCD display screen:** Displays status information, menus, and messages. |
| 5 | 📄 | **Copy Settings button:** Opens the **Copy Settings** menu. To use the **ID Copy** feature, press the button repeatedly until **ID Copy** displays. |
| 6 | ⚒ | **Setup button:** Opens the menus.* |
| 7 | ◄ ► | **Left and right arrows:** Enter and navigate through the menus. Decrease or increase the current value on the screen. Move the screen cursor backward or forward one space. |
| 8 | OK | **OK button:** Acknowledges a setting or confirms an action to proceed. |
| 9 | ⊗ | **Cancel button:** Cancels the current job, or clears the last setting you made. When the product is in the Ready state, press this button to reset the copy settings to the default values. |
| 10 | ▣▣ | **Start Copy button:** Starts a copy job. |
| 11 | ↰ | **Back arrow:** Returns to the previous level in the menus. |
| 12 | ☎ | **Send Fax button:** Starts a fax job. |
| 13 | ↻ | **Redial Fax button:** Recalls the last digits used for the previous fax job. |
| 14 | ◑ | **Darker/Lighter copy button:** Adjusts the darkness setting for the current copy job. |
| 15 | | **Numeric keypad:** Use the keypad to enter fax numbers or to enter data. |

*For more information see the user guide on the product CD.

# GIBSON & JENKINS, P.A.

## *Attorneys at Law*

F. D. Gibson, III          222 ELLIS AVENUE          (865) 983-5642
Gina M. Jenkins          MARYVILLE, TN  37804          Fax (865) 681-3523

February 7, 2012

Circuit Court Clerk
926 E. Lamar Alexander Parkway
Maryville, TN  37804

RE:  HUDSON
VS.  STATE FARM MUTUAL AND JOHN DOE

Dear Clerk:

Enclosed is Amended Complaint to be filed in the above matter pursuant to the Agreed
Order entered January 24, 2012.

Yours very truly,

F. D. GIBSON
Enclosure
FDG/lr