IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

FAYE HUDSON and husband,            )
WILLIAM HUDSON,                     )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )          No. 3:12-CV-83
                                    )
STATE FARM MUTUAL AUTOMOBILE        )
INSURANCE COMPANY and               )
JOHN DOE,                           )
                                    )
            Defendants.             )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously

with this order, "Defendant State Farm Mutual Automobile Insurance Company's Motion

for Summary Judgment" [doc. 12] is **GRANTED**. All of the claims raised in the motion for

summary judgment are **DISMISSED**. However, this case is not completely dismissed as

minor claims not raised in the motion for summary judgment remain for resolution as

explained in the court's memorandum opinion.

        **IT IS SO ORDERED**.

                                ENTER:


                                _____s/ Leon Jordan_____
                                United States District Judge