IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| FAYE HUDSON and husband, WILLIAM HUDSON, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:12-cv-00083 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and JOHN DOE, | | |
| Defendants. | | |

_____

STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this civil action, through counsel, hereby stipulate that this civil action may be dismissed, with prejudice, and without an award of attorneys' fees or costs of any type whatsoever against any party.

    Respectfully submitted,

    s/ F.D. Gibson III (BPR No. 001054)
    F.D. Gibson III, BPR No. 001054
    222 Ellis Avenue
    Maryville, Tennessee  37804
    Telephone:  (865) 983-5642
    Facsimile:  (865) 681-3523
    E-mail:  FDGibson@birch.net

    *Attorney for Plaintiffs*

s/ Chad E. Wallace (BPR No. 021741)
Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee  37602
Telephone: 423-928-0181
Facsimile: 423-928-5694
Email: cwallace@bakerdonelson.com

*Attorney for Defendant State Farm
  Mutual Automobile Insurance Company*

2 of 2

J CEW 138273 v1
2787551-000258  11/13/2013
Case 3:12-cv-00083-RLJ-HBG   Document 40   Filed 01/31/14   Page 2 of 2   PageID #: 477